# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

James L. Koutoulas
    Plaintiff,

vs.

United States Securities and Exchange Commission
    Defendant.
_____/

## DECLARATION OF JAMES KOUTOULAS

I, the undersigned, James Koutoulas, declare as follows and have knowledge of the facts stated herein:

1.    LGBcoins have never been sold pursuant to an investment contract of any kind such as a prospectus, purchase agreement, SAFE, SAFT, limited partnership agreement, or any document or agreement that gave any expectation of ownership of underlying assets, nor any claims that proceeds would be used to support a business nor to facilitate technology development.

**/s/ James L. Koutoulas, Esq.**

June 22, 2023