On Nov 1, 2021, at 1:24 PM, Carlos Ayala <carlos.ayala@comcast.net> wrote:

Got 'em. Thank you, James.

Do you have any interest in discussing the new LGB token on a podcast? If so, I can have the host, Tommy Carrigan, reach out to you. Full disclosure, I've invested in his podcast. He's had some impressive guests like Mitzi, Charlie Duke (one of four living people who have walked on the moon), various Delta Force and CIA people, Dr. Malone (inventor of the mRNA vaccine), Peter McCullough (the most published cardiologist in history), Ken Alibek (defector from the Soviet bioweapons program), Joe Kent (running for Congress), and on and on. He's really good and I can guarantee you'll find it entertaining and it will help get the word out among an audience that is predisposed to liking a LGB token.

Also, do you have an idea how many tokens you're going to mint?

Carlos

On Nov 1, 2021, at 12:51 PM, James Koutoulas <jk@typhoncap.com> wrote:

Carlos, we just processed 1T coins to you. To see your balance go into wallet, click import tokens, then click custom tokens and paste this code in top box

0x21E783bcf445B515957A10E992aD3c8E9FF51288

James L. Koutoulas, Esq.
Chief Executive Officer
Typhon Capital Management
+1.312.836.1180
www.typhoncap.com

Typhon Capital Management, LLC is a Member of the National Futures Association and registered as a Commodity Pool Operator and a Commodity Trading Advisor and only provides services to Qualified Eligible Participants as defined in section 4.7 of the Commodity Exchange Act.

Typhon Capital Management, LLC is an Appointed Representative of Starmark Investment Management Limited which is Authorised and Regulated by the Financial Conduct Authority.

This email and any attached document is being furnished to you on a confidential basis and may not, without prior written consent of Typhon Capital Management, LLC be (i) copied, photocopied or duplicated in any form, by any means, or (ii) distributed to any person that is not an employee, officer, director, or authorized agent of the intended recipient of this email. This email, including any attached document, is neither an offer to sell any securities, nor a solicitation of an offer to invest in any fund or managed product. Past performance is not necessarily indicative of future returns.

---

**From:** James Koutoulas <jk@typhoncap.com>
**Sent:** Monday, November 1, 2021 11:36:14 AM
**To:** Carlos Ayala <carlos.ayala@comcast.net>; Mitzi Perdue <mitzi@bhealthy.com>
**Subject:** Re: LGB Tokens

Carlos thanks! Definitely fun. Will have devs get you coins asap. A conservative blogger friend of mine just put this out talking about it-
https://jeffreycarter.substack.com/p/congratulations-to-an-unsung-american?r=2qly&utm_campaign=post&utm_medium=web&utm_source=

James L. Koutoulas, Esq.
Chief Executive Officer
Typhon Capital Management
+1.312.836.1180
www.typhoncap.com

Typhon Capital Management, LLC is a Member of the National Futures Association and registered as a Commodity Pool Operator and a Commodity Trading Advisor and only provides services to Qualified Eligible Participants as defined in section 4.7 of the Commodity Exchange Act.

Typhon Capital Management, LLC is an Appointed Representative of Starmark Investment Management Limited which is Authorised and Regulated by the Financial Conduct Authority.

This email and any attached document is being furnished to you on a confidential basis and may not, without prior written consent of Typhon Capital Management, LLC be (i) copied, photocopied or duplicated in any form, by any means, or (ii) distributed to any person that is not an employee, officer, director, or authorized agent of the intended recipient of this email. This email, including any attached document, is neither an offer to sell any securities, nor a solicitation of an offer to invest in any fund or managed product. Past performance is not necessarily indicative of future returns.

---

**From:** Carlos Ayala <carlos.ayala@comcast.net>
**Sent:** Monday, November 1, 2021 11:33:48 AM
**To:** Mitzi Perdue <mitzi@bhealthy.com>
**Cc:** James Koutoulas <jk@typhoncap.com>
**Subject:** Re: LGB Tokens

Thanks, James. I appreciate the warning. I've been in crypto for close to 5 years so I get it. That said, I love the idea of supporting LGB and getting the meme out there. To that end, I sent 1 ETH (actually, a tad less after gas fees) to the address.


Carlos

On Nov 1, 2021, at 8:14 AM, Mitzi Perdue <mitzi@bhealthy.com> wrote:

This is more sheer FUN than I've had in months. Every part of it is great, but especially the name.

And when I hear friends talking about about their coins, it's so cool to mention that I own 49 billion LGBs.


Mitzi

WWW.MitziPerdue.com
+1 (410) 860-4444
+1 (443) 523 5888 - mobile
Eastern Daylight Time, USA

<3.75 How to Be Up 3D Cover.psd>

>   On Nov 1, 2021, at 7:28 AM, James Koutoulas <jk@typhoncap.com> wrote:
>
>   Hi Mitzi love that your family likes the coin idea! Hi Carlos, note that it's a joke coin and has no intrinsic value, but if you do want some, you can send some ETH to 0x40EcF54ad6339e0b346a48F4907661bDE67DD4d0 on metamask and the dev team will send an equivalent amount of LGB based on average trading price of whatever day you do it. They're talking to the Brandon racing team at noon today about getting on the car which would be pretty cool.
>
>   Best regards,
>   James
>
>   James L. Koutoulas, Esq.
>   Chief Executive Officer
>   Typhon Capital Management
>   +1.312.836.1180
>   www.typhoncap.com
>   Typhon Capital Management, LLC is a Member of the National Futures Association and registered as a Commodity Pool Operator and a Commodity Trading Advisor and only provides services to Qualified Eligible Participants as defined in section 4.7 of the Commodity Exchange Act.
>   Typhon Capital Management, LLC is an Appointed Representative of Starmark Investment Management Limited which is Authorised and Regulated by the Financial Conduct Authority.
>   This email and any attached document is being furnished to you on a confidential basis and may not, without prior written consent of Typhon Capital Management, LLC be (i) copied, photocopied or duplicated in any form, by any means, or (ii) distributed to any person that is not an employee, officer, director, or authorized agent of the intended recipient of this email.

This email, including any attached document, is neither an offer to sell any securities, nor a solicitation of an offer to invest in any fund or managed product. Past performance is not necessarily indicative of future returns.

**From:** Mitzi Perdue <mitzi@bhealthy.com>
**Sent:** Sunday, October 31, 2021 8:27:18 PM
**To:** James Koutoulas <jk@typhoncap.com>
**Cc:** Mr. Carlos A. Ayala <carlos.ayala@comcast.net>
**Subject:** LGB Tokens

I had the neatest time at a Halloween Party with four generations of Perdues. The most fun part was telling family members about the LGB token. My son Carlos is dying to buy $1000 worth. How can he do it?

LGB,

Mitzi

WWW.MitziPerdue.com
+1 (410) 860-4444
+1 (443) 523 5888 - mobile
Eastern Daylight Time, USA