**From:** Erik Norden <erik.norden@gmail.com>
**Sent:** Friday, January 07, 2022 11:14 AM EST
**To:** Justine.Murray@oann.com <Justine.Murray@oann.com>
**CC:** James Koutoulas <james@koutoulaslaw.com>
**Subject:** $LGB summary of facts RE NASCAR

**Summary of Facts related to Brandon Sponsorship**

**LGBCoin established - 10/28/21**
- Original holders are top leaders in crypto field; experienced, well-funded, committed long-term
- LGBCoin is a digital expression of free speech, no intrinsic value or utility
- Similar to an NFT, fans can "own an encrypted %" of the LGB vision, no different than art or music

**Brandon delivers positive message, establishes positive vision of his views - 12/1/21**
- Brandon expresses sponsor difficulties resulting from the "Let's Go Brandon" phenomenon
- NYTimes Interview establishes Brandon's LGBCoin positive view for America
- Exclusive Brandon endorsement for Crypto, Racing team delivers cease and desist to violators

**LGBCoin signs sponsorship with Brandon and BMS racing - 12/20/21**
- Brandon LGBCoin endorsement: spokesperson, appearances, car "subject-to NASCAR"
- Team establishes positive direction, pro-America, not anti-administration narrative
- Racing team pursues NASCAR sponsorship so that Brandon can afford to race in 2022

**NASCAR car sponsorship Approved -** 12/26/21
- NASCAR approves sponsorship, in writing; begins engagement on graphics
- LGBCoin and team agree "Let's Go Brandon" phrase not included on car
- NASCAR sponsorship executive delivers clear, *written message:* "<u>The sponsors are approved</u>"

**LGBCoin launches sponsorship announcement, after written confirmation** - 12/30/21
  - Most successful media reach in history of <u>any</u> crypto project: over 200M fans engaged
  - Every major media company covers announcement
    - MSN, Yahoo, CNN, Fox, Rolling Stone, Sports Illustrated, thousands of brands
    - LBGCoin is top social trend of the day
  - Market-cap grows to over $580 Million, the day of announcement, historic achievement
    - Thousands of new LGBcoin owners in 24-hour period
  - NASCAR panics, leaks message to hand-picked journalists "re-reviewing"
    - NASCAR confusion freezes accelerating growth, destroys value ($400M loss)

**NASCAR cancels <u>car sponsorship</u>, makes false statements, value devastated, Big Tech Censors**
- Brandon's personal marketability as a driver materially harmed (marketplace poisoned)
- Thousands of LGBCoin holders harmed, over $300 million instantly lost in value, growth extinguished
- Big tech attempts to cancel LGBCoin, bans Instagram, throttles posts, shadow-banning

**Moving forward for Brandon and LGBCoin: Legal remedy and New Sponsorship/Endorsement**
- Estoppel lawsuits to be filed by multiple decentralized plaintiffs
- <u>LGBCoin stands by Brandon</u>; doubles-down on sponsorship/endorsement
- LGBcoin cannot be canceled by Woke NASCAR execs

Sent from my iPhone