

LGBcoin.io: America's Coin



# LGBcoin.io: America's Coin

Your way to digitally support the Let's Go Brandon! Movement sweeping America.

Read the LGBCoin.io Origin Story and our #1 HODLer,
Investor Protection Advocate & Hedge Fund Manager, James Koutoulas

Buy LGBCoin on Uniswap

See LGBCoin Market Stats

Join the LGBCoin Telegram Community

Join the LGBCoin Discord Community

Follow LGBCoin on Instagram

Follow LGBCoin on Twitter

View the Details of the LGBCoin ERC20 Contract on Explorer



LGBcoin is a meme coin on the Ethereum ERC20 digital collectible blockchain that allows owners to digitally express support for America. Do not spend any money on LGBcoin that you cannot afford to lose.