

**Official Partner of NASCAR Xfinity Series Driver Brandon Brown and Car No. 68**

# LET'S GO BRANDON!

## America's Coin backs America's Driver

A decentralized meme token inspiring positivity and patriotism, grounded in a strong belief in the American dream and the principles of freedom.
**This is America's Coin.**

---

## HOW TO PURCHASE YOUR LGB COINS



**STEP ONE**

**Create Wallet**

Download a crypto wallet (Coinbase Wallet or MetaMask) to your phone, tablet or computer. This will allow you to buy, sell, send and receive LGB.

COINBASE

METAMASK



**STEP TWO**

**Send ETH to your wallet**

Purchase ETH (Ethereum) directly from your wallet app or transfer ETH into your wallet from an outside exchange like Binance, Coinbase, etc. Make sure you're using the ERC-20 network when transferring ETH.



**STEP THREE**

**Connect your wallet to Uniswap**

Visit Uniswap.org and access your wallet by clicking "Connect Wallet" and selecting either your Coinbase Wallet or MetaMask.

Uniswap



**STEP FOUR**

**Swap ETH for LGB**

You can start swapping as soon as you have ETH available. Press "Select a Token" and enter the token address or search for LGB on the token list.

Copy to clipboard

---

## The Story of the LGB COIN

First and foremost: We believe in America.

We are a decentralized meme cryptocurrency; an ERC-20 digital collectible meme coin on the Ethereum Blockchain that allows owners to digitally voice their support for America and the American dream. We aim to inspire positivity and patriotism, and to have some fun while doing it (things we think all Americans can relate to).

LGBcoin is not inherently political as a meme currency (it's mostly just funny). As Brandon said: there's far more that unites us as Americans, regardless of where you may vote.



READ MORE →

---

# LET'S GO BRANDON!
# LET'S GO AMERICA!

---

$175,000 and counting.

LGBcoin believes in the American dream and is committed to providing support to causes that help our fellow Americans. We've already donated more than USD $175,000 of LGBcoin tokens to organizations that support veterans and those living with disabilities, provide resources and opportunities for our country's youth, and advocate for public policy initiatives that help average Americans including Aquanauts Adaptive Scuba Foundation and the Boys & Girls Club of America. Our success is their success and LGBcoin will continue to pay it forward.

**Your Opportunity.
Your Freedom.
America's Coin.**



**LGB Market Stats**

Let's Go Brandon LGB

Uniswap Stats

Etherscan Stats

Coinbase Stats

Crypto.com Stats

---



## I want to be alerted to LGBcoin News!

Enter your email address *

SUBSCRIBE ME

*By entering your email, you're signing up to receive our emails. Please see our terms and conditions. There is no obligation. You can unsubscribe at any time.

---


Join our Telegram


Join our Discord


Check out our Twitter

LGBcoin ($LGB) is America's Coin: an ERC-20 digital collectible meme coin on the Ethereum Blockchain that allows owners to digitally voice their support for America and the American dream. LGBcoin has no intrinsic value and you should not purchase it with any expectation that you will be able to resell it. Please do not spend money that you cannot afford.

© All rights Reserved. LGBcoin $LGB

Contact Us

Privacy Policy

Terms of Use

