Interviews

TPC #996: James Koutoulas (FTX Scandal)
https://rumble.com/v1wazei-tpc-996-james-koutoulas-ftx-scandal.html

#144 | Use Every Minute of Every Day Thoughtfully ft James Koutoulas
Breaking Barriers
https://open.spotify.com/episode/2Ul9mTImXTOyOJlJxd8wuX

TPC #671: James Koutoulas (NASCAR vs. LGB Coin)
https://rumble.com/vsugte-tpc-671-james-koutoulas-nascar-vs.-lgb-coin.html

LGBCoin.io Discusses NASCAR Revoking Sponsorship of Brandon Brown
https://m.youtube.com/watch?v=PfXHY3VJMpU

Pillar podcast
https://youtu.be/OwcKxYLSL_A

Seed to table podcast
https://twitter.com/brendonleslie/status/1475980992749846529?s=46&t=F-np3yANtoi5XwdcqBCifA

David Harris Jr. Podcast- James Koutoulas took on the Swap and Won. Now he's backing the LGBcoin
https://podcasts.apple.com/us/podcast/the-david-j-harris-jr-show/id1485932439

Exploring crypto's role in geopolitics

https://www.linkedin.com/feed/update/urn:li:activity:6945421769272946688?utm_source=share&utm_medium=member_ios

Newsmax re FTX
https://www.instagram.com/reel/CmMlC3ZOB0e/?igshid=ZDhmZGIxNmQ=

FTX and MF Global
https://www.instagram.com/reel/Clbzwpjg_2d/?igshid=ZDhmZGIxNmQ=

DeFi Regulation and Failure of SEC
https://www.instagram.com/tv/CfZB3qJgs47/?igshid=ZDhmZGIxNmQ=