UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| ERIC DE FORD and SANDRA BADER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: 6:22-cv-00652-PGB-DCI |
| | ) | |
| JAMES KOUTOULAS, JEFFREY | ) | |
| CARTER, ERIK NORDEN, ALEXANDER | ) | |
| HOPE MASCIOLI, ARIS GEORGE | ) | |
| MICHALOPOULOS, THOMAS | ) | |
| McLAUGHLIN, CORAL CAPITAL LLC, | ) | |
| CORAL CAPITAL MANAGEMENT LLC, | ) | |
| CORAL DEFI LP, BRANDON BROWN, | ) | |
| BRANDONBILT MOTORSPORTS, LLC, | ) | |
| And NATIONAL ASSOCIATION FOR | ) | |
| STOCK CAR AUTO RACING, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S AMENDED MOTION FOR RULE 11 SANCTIONS
AGAINST PLAINTIFF AND THEIR COUNSEL**

Defendant, James Koutoulas ("Mr. Koutoulas"), by his undersigned counsel, and for his

Memorandum of Law in Support of his Motion to for Sanctions Against Plaintiffs Eric De Ford

("De Ford") and Susan Bader ("Bader") (collectively "Plaintiffs"), and their Counsel pursuant to

Federal Rule of Civil Procedure 11(b), respectfully states as follows:

      1.      On April 1, 2022, De Ford filed his frivolous Class Action Complaint and Demand

for Jury Trial (the "First Complaint"), against various Defendants. [ECF 1].

      2.      Under Federal Rule of Civil Procedure 11:

> By presenting to the court a pleading, written motion, or other paper--
> whether by signing, filing, submitting, or later advocating it--an attorney...

certifies that to the best of the person's knowledge, information, and belief, formed *after an inquiry reasonable under the circumstances*:

(1) it is not being presented for any improper purpose . . .

(2) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law, or for establishing new law;

(3) the factual contentions *have evidentiary support*, or if specifically so identified, will likely have evidentiary support . . .

Fed. R. Civ. Pro. 11(b)(1)-(3) (emphasis added). Indeed, Rule 11 "imposes a duty on attorneys to certify that they *have conducted a reasonable inquiry* and have determined that any papers filed with the court are *well grounded in fact, legally tenable, and not interposed for any improper purpose*." *Cooter & Gell v. Hartmarx Corp.*, 496 U.S. 384, 393 (1990) (emphasis added) (internal quotes omitted); *see also Baker v. Alderman*, 158 F.3d 516, 524 (11th Cir. 1998); *Wendy's Intern., Inc. v. Nu-Cape Const., Inc.*, 164 F.R.D. 694, 698-99 (M.D. Fla. 1996).

3.      Here, Plaintiffs' counsel has filed not one but three pleadings without undertaking a reasonable inquiry as their allegations are not well-grounded in fact and are legally untenable. *See Cooter*, 496 U.S. 384 at 393. Moreover, the pleadings shirk ethical boundaries as they read like an attack piece condemning Mr. Koutoulas, his political beliefs, his achievements, his company, and even his friendships. Accordingly, Mr. Koutoulas again seeks sanctions for the time and resources wasted on responding to not one, not two, but three meritless complaints.

4.      Upon learning of the First Complaint (but before he was served), Mr. Koutoulas obtained a copy from Pacer and his counsel prepared a Rule 11 Letter directed to De Ford's attorney, which, among other things, detailed counsel's failure to undertake a "reasonable inquiry" into De Ford's allegations. *See* Fed. R. Civ. Pro. 11(b). A true and correct copy of this Letter and

its Exhibits are attached as **Exhibit A**. Mr. Koutoulas sought the immediate dismissal of the First

Complaint. *Id.*

      5.      The Rule 11 Letter included copies of emails from De Ford to LGBcoin praising

Mr. Koutoulas and the "Let's Go Brandon" movement. De Ford described himself as having years

of experience with cryptocurrency. *Id.* In fact, De Ford even offered his expertise in advertising

and multimedia to further the Let's Go Brandon coin and movement. *Id.* These emails were all

well after the purported fraud he now complains of. *See* **Exhibit A**. Importantly, De Ford

vehemently supported the movement stating, he is "impressed with James' [Koutoulas''s]

approach to fight back against cancel culture, political initiatives to help veterans and help bring

our Conservative party into the 21st century. With the current political climate across the country

and beyond our borders . . . LETSGo (Lets [sic] Go Brandon) has driving purpose to actually help

redirect our misguided nation." *Id.* This was only one of many deficiencies apparent on the face of

the First Complaint.

      6.      De Ford's counsel failed to respond directly to the Rule 11 Letter. De Ford's

counsel did, however, make several statements to multiple news outlets, including Yahoo Finance

and Tennessee Tribune that the First Complaint was "a thoroughly researched and well-founded

federal lawsuit." Noah Kirsch & Zachary Petrizzo, *Let's Go Brandon Crypto Lawsuit Has*

*Trumpworld Influencers Running for the Hills*, Yahoo Finance, Apr. 11, 2022[1]; *see also* Sarah K.

Burris, *Candace Owens Among Trumpworld Defendants in New Lawsuit Filed by Regretful Trump*

*Supporters*, The Tennessee Tribune, Apr. 14, 2022.[2] Counsel went so far as to disparage Mr.

Koutoulas by accusing him of engaging in a "desperate attempt to continue to prop-up the value

of the token and scare away other defrauded investors from seeking their day in court." *See Id.*

---

[1] A true and correct copy of this article is attached as **Exhibit B**.
[2] A true and correct copy of this article is attached as **Exhibit C**.

7.     On May 17, 2022 (more than one month after sending his initial Rule 11 Letter), Mr. Koutoulas filed his Motion to Dismiss and served De Ford's counsel with a Safe Harbor Rule 11 Motion. *See* Fed. R. Civ. Pro. 11(b); [ECF 17].

8.     De Ford's counsel finally requested a call with Mr. Koutoulas's counsel, and, on May 19, 2022, De Ford's counsel verbally acknowledged the deficiencies in the First Complaint and asked if Mr. Koutoulas would agree to an extension to respond to Defendant's Motion to Dismiss in order to file an amended complaint. Given the outrageous allegations and reputational harm Mr. Koutoulas was (and continues) experiencing, he could not and did not agree to an extension.

9.     On the due date of De Ford's response, counsel instead filed a bloated First Amended Complaint that was a whopping 112 pages long that reads like a smear piece against Mr. Koutoulas. [*See generally* ECF 21 at 1-112]. De Ford's counsel recruited a new Plaintiff, Bader, swapped out defendants, and name-dropped several other individuals and entities without accusing them of any actual wrongdoing. *See Id.* It seems these individuals and entities were only added for no justifiable purpose except to publicly rebuke anyone associated with Mr. Koutoulas, even though they have no relationship to this matter. [ECF 21 at ¶ 24-25; 28; 30 (identifying Mr. Koutoulas' hedge fund which has no involvement with the LGBcoin).

10.    Ultimately, the First Amended Complaint failed to cure any defects of the First Complaint, and, rather, furthered the convoluted narrative Plaintiffs are attempting to weave. Indeed, Mr. Koutoulas could not readily ascertain the facts or causes of action against him when attempting to respond via a second Motion to Dismiss and Rule 11 Motion. But, before Mr. Koutoulas could file a renewed Motion to Dismiss and serve Plaintiffs with a second Rule 11 Motion, the Court *sua sponte* dismissed Plaintiffs' First Amended Complaint holding, the "First

Amended Complaint [is] a textbook example of the first category of shotgun pleadings." [ECF 63]. The Court gave Plaintiffs until July 29, 2022, to file an amended complaint. *Id.*

11.     Not surprisingly, Plaintiffs did not take all that time to actually undertake any semblance of due diligence and craft a viable pleading. Instead, on July 19, 2022, just eight days later, Plaintiffs filed a rushed Second Amended Complaint that did little more than attempt to address the shotgun issue by citing to specific paragraphs in each Count instead of incorporating all allegations. [ECF 74 at ¶ 210; 229; 245; 263; 271; 275; 288; and 293]. A cursory review of the Second Amended Complaint reveals that Plaintiffs cannot even keep track of who is or who is not a defendant by failing to remove allegations related to no-longer-named-defendants. *See Id.* Moreover, Plaintiffs retain references to individuals and entities that are wholly immaterial to this matter but are associated with Mr. Koutoulas, again, for absolutely no apparent reason. *See Id.* Plaintiffs continue their attack on Mr. Koutoulas' protected political beliefs and professional achievements. *See Id.* It is quite alarming that Plaintiffs, who admittedly share the same protected political beliefs as Mr. Koutoulas, would now besmirch such beliefs in a calculated effort to garner an advantage in their otherwise baseless lawsuit.

12.     More importantly, Plaintiffs' Second Amended Complaint—which is their **third** attempt to plead a viable cause of action—still fails to plead any factual allegations to support a single cause of action against Mr. Koutoulas. And, again, the Counts are nothing short of formulaic recitations of elements of causes of action. This is factually and legally untenable. It seems Plaintiffs Second Amended Complaint was simply an attempt to cure the "shotgun" deficiency— but it fails to do so.

13.     Specifically, Plaintiffs' Second Amended Complaint improperly alleges a cause of action against Mr. Koutoulas, including the following: (i) common law fraud [See ECF 74 at

Second Cause of Action, ¶¶ 229- 244]; (ii) civil conspiracy [See ECF 74 at Fourth Cause of Action, ¶¶ 263- 270]; (iii) unjust enrichment/restitution [See ECF 74 at Sixth Cause of Action ¶¶ 271- 274]; (iv) violation of the 1933 Securities Act [See ECF 74 at Sixth Cause of Action ¶¶ 275-287]; (v) fraud [See ECF 74 at Seventh Cause of Action ¶¶ 288- 292]; and (vi) conversion [See ECF 74 at Eighth Cause of Action ¶¶ 293-300].

> ### A. *No Sufficient Basis for Cause of Action Related to Fraud and Conspiracy.*

14. As referenced herein, Plaintiffs' cause of action related to "fraud and conspiracy" includes the following causes of action:

a. Common Law Fraud [See ECF 74 at Second Cause of Action, ¶¶ 229- 244];

b. Civil Conspiracy [See ECF 74 at Fourth Cause of Action, ¶¶ 263- 270];

c. Fraud [See ECF 74 at Seventh Cause of Action ¶¶ 288- 292]; and

d. Conversion [See ECF 74 at Eighth Cause of Action ¶¶ 293-300].

15. Notwithstanding, the idea that Mr. Koutoulas was involved in a conspiracy to defraud De Ford, and others, or that De Ford was actually defrauded is belied by the fact that De Ford purchased LGBcoin well after any fraud as alleged in his Second Amended Complaint, as well as the fact that after all of these events he still wanted to work with LGBcoin. It seems that only after he was not taken up on his offer, he sought payback. *See* Text Message from De Ford attached hereto as **Exhibit D**. Additionally, De Ford admits that LGBcoin is working and that buyers can expect to see returns "with more potential." See Message Board from LetsGoBrandon Official attached hereto as **Exhibit E**.[3] In fact, De Ford characterizes NASCAR's disapproval of the on-track sponsorship as a "great opportunity." *Id.* De Ford also admits that the purpose of the re-launch was to obtain the on-track sponsorship. *Id.*

---

[3] Please note that De Ford's operated under the username "Luchadude" on this chat channel.

16.     Discovery from Defendant, NASCAR, which Plaintiffs have received, explicitly evidences that NASCAR initially approved then subsequently revoked the on-track sponsorship on the basis that NASCAR did not approve of certain political views. For instance, Dale Howell of NASCAR Racing Operations ("Mr. Howell") stated that "[t]he sponsors are approved however please clean up the marking around the number […]." See Email dated December 26, 2021 attached hereto as **Exhibit F**. Further, Mr. Howell admits that the on-track sponsorship was approved and "[doesn't] see how [NASCAR] can reject it." See Email dated December 30, 2021 attached hereto as **Exhibit G**. Later that same day, Eric Nyquist, NASCAR's Chief Communications and Social Responsibility Officer, instructed Mr. Howell to "reach out to the team and tell them he jumped the gun, thinking it was a mainly crypto deal, and this sponsorship is not yet approved and will be reviewed next week." See Email dated December 30, 2021 attached hereto as **Exhibit H.** Nyquist continued that "We received a call from Comcast this afternoon and national media are now beginning to reach out on this. Would like to tell media on background that the sponsorship is not approved at this moment." *Id*. Mr. Howell confirmed that he will "reach out to the team and inform that [he] mistakenly overlooked what could be a potential issue" regarding the LGBcoin sponsorship. *Id*. In an email dated January 5, 2022 Mr. Howell admits that he previously approved the on-track sponsor of LGBcoin. See Email dated January 5, 2022 attached hereto as **Exhibit I**.

17.     Further, Plaintiffs *admit* that NASCAR *did approve* the on-track sponsorship and that Mr. Koutoulas *reasonably relied upon NASCAR's representations*. [ECF 74 at ¶¶ 85, 120, 215, 216]. It defies logic that Mr. Koutoulas could have committed fraud when Plaintiffs themselves agree his actions were reasonable. *See Id.* Plaintiffs point to nothing else against Mr.

Koutoulas. Moreover, while Plaintiffs spend dozens of pages and paragraphs citing to public posts by various individuals, those are not attributable to Mr. Koutoulas. *See Id.*

18.    Shockingly, Plaintiffs failed to drop the conspiracy and fraud related causes of action against Mr. Koutoulas despite acknowledging that Mr. Koutoulas was never permitted to communicate directly with NASCAR and admitting that Mr. Koutoulas reasonably relied on NASCAR's representations, which has been further demonstrated by emails from NASCAR confirming the on-track sponsorship for LGBcoin.

19.    Furthermore, Plaintiffs have maliciously accused LGBcoin of being a "pump-and-dump" in the headings of their Second Amended Complaint, while simultaneously acknowledging that Mr. Koutoulas used $70,000 of his own money to buy LGBcoin in response to a sell-off [See ECF 74 at n.8]. Notably, Plaintiffs fail to plead this alleged "pump-and-dump" operation as a cause of action as the claim is obviously preposterous in light of NASCAR's conduct. Discovery has since confirmed that the sell-off was a "coup" orchestrated by Defendants Mascioli, Latona, and BMS in breach of the selling restrictions in the Sponsorship Agreement in an attempt to co-opt the concept of LGBcoin after NASCAR improperly revoked its sponsorship approval. See Message Board from LetsGoBrandon Official attached hereto as **Exhibit J**. Plaintiffs have not alleged sufficient facts to support their accusations against Mr. Koutoulas, nor do any exist.

20.    On February 17, 2023, LetsGoBrandon.com Foundation (the "Foundation"), by and through Mr. Koutoulas,  filed signed a sworn complaint against NASCAR in the Eleventh Judicial Circuit Court in and for Miami-Dade, County's Complex Business Division bringing claims of promissory estoppel, intended third-party beneficiary and defamation on behalf of all coins. *See LetsGoBrandon.com Foundation vs. National Association of Stock Car Auto Racing, Case No.: 2023-002831-CA-01.* The Foundation's defamation claim against NASCAR seeks damages to

Foundation representatives, such as Defendants, for incurring the costs and reputational damage stemming from Plaintiffs' frivolous and malicious Second Amended Complaint.

21.     Plaintiffs have failed to plead any of the aforementioned counts despite acknowledging grounds for the same.

22.     Thus, Mr. Koutoulas and the Foundation, rather than Plaintiffs, are best suited to seek relief for the harm caused to LGBcoin.

### B.     *No Legal Basis to Bring Cause of Action for Violation of 1933 Securities Act*

23.     Plaintiffs allege that Mr. Koutoulas offered and sold unregistered securities in violation of Section 5 of 15 U.S.C. §§77e (the "Social Security Act"). [ECF 74 at Sixth Cause of Action ¶¶ 275- 287].

24.     As Plaintiffs note in their Second Amended Complaint, a prerequisite to a violation of the Securities Act is that LGBcoin must be a security. [ECF 74 at ¶¶ 276-277].

25.     Importantly, LGBcoin is not a "security" under the Social Security Act.

26.     Rather, LGBcoin is a digital commodity, which Plaintiffs expressly admit in their Second Amended Complaint. [ECF 74 at ¶3 stating "[...] creating a 'Let's go Brandon!' cryptocurrency (*a digital commodity* whose value rises with its demand).")(emphasis added).

27.     In the United States, a commodity cannot also be a security. The U.S. has completely separate regulatory arms for commodities and securities. Specifically, the U.S. Commodity Futures Trading Commission regulates commodities and the U.S. Securities and Exchange Commission regulates securities.

28.     Unlike securities or even, other cryptocurrencies, LGBcoin is a meme coin to support free speech and charity as illustrated by multiple paragraphs of Plaintiffs' Second Amended Complaint. *See id. at* ¶ 13; 173.

29.     Plaintiffs cite the *Howey Test* for Securities to support their claim that LGBcoin is a security. [ECF 74 at ¶ 278]. The *Howey Test* states that "*[a]n offering is an investment contract if there is: (1) an investment of money, (2) in a common enterprise, (3) with the expectation of profits to come solely from the efforts of others." Id.*

30.     Although Plaintiffs must prove all three prongs of the *Howey Test*, Plaintiffs cannot satisfy even one of the elements.

31.     As Plaintiffs acknowledge in their Second Amended Complaint, LGBcoin is a digital collectible – a meme coin with no intrinsic value – not a security.

32.     Plaintiffs did not "[invest] money into the common enterprise of LGBcoin" which Plaintiffs misidentify as a "Company." [ECF 74 at ¶¶ 1 and 279].

33.     Rather, LGBcoins are fully decentralized and autonomous digital assets that do not have any functionality, voting rights or claims on any cash flows or assets other than the collectible itself.

34.     LGBcoin.io and LetsGoBrandon.com have candidly expressed that "Lets Go Brandon coin ($LETSGO) is America's Coin: an ERC-20 digital collectible meme coin on the Ethereum Blockchain that allows owners to digitally voice their support for America and the American dream. Lets Go Brandon has no intrinsic value and you should not purchase it with any expectation that you will be able to resell it. Please do not spend money that you cannot afford."

35.     Accordingly, it is not reasonable for Plaintiffs to have any expectation of profit or expectation that their purchase of a meme coin was an investment.

36.     Moreover, Plaintiffs allege that they had "the expectation of profits to come **solely** from the efforts of others." [ECF 74 at ¶ 279] (emphasis added).

37.     Notwithstanding, discovery obtained at this stage of litigation has confirmed that Plaintiff DeFord actively engaged in promotional efforts for LGBcoin upon his own volition.

Plaintiff DeFord's promotional efforts include but are not limited to connecting Mr. Koutoulas to a podcast host for purposes of discuss LGBcoin on said podcast, creating a promotional video for LGBcoin and actively posting to the LGBcoin telegram group (message board) in support of LGBcoin.

38.     Accordingly, Plaintiff DeFord's argument that he expected profits to "come soley from the efforts others" is significantly flawed as DeFord voluntarily engaged in promotional activities to support his unfounded expectation of profits of LGBcoin.

39.     Finally, discovery has confirmed that Plaintiff Bader spent less than $50.00 on LGBcoin making Bader an unfit Plaintiff in this case.

40.     Despite the incurable discrepancies in their claim for Mr. Koutoulas' violation of the Securities Act, Plaintiffs fail to withdraw the same.

### C.     Failure to Sufficiently Plead Causes of Action.

41.     All of Plaintiffs' causes of action (to the extent discernible) against Mr. Koutoulas equally fail to allege a single fact that would support a cause of action. *See supra* at ¶ 13. Conclusory allegations are not facts. Instead, the Second Amended Complaint, like the two prior iterations, prove Plaintiffs' counsel did not undertake any due diligence before filing this lawsuit nor did they heed any warnings contained in this Court's Dismissal Order or the multiple Motions to Dismiss filed against them by Mr. Koutoulas and the other Defendants.

42.     Plaintiffs' counsel had an affirmative obligation to investigate Plaintiffs' allegations and conduct a reasonable inquiry before filing this lawsuit, and could have acted upon receiving Koutoulas' April 6, 2022, but did not. In fact, Plaintiffs' counsel doubled downed and attempted to replead a baseless complaint not once, but twice. This points to more than just a lack

of due diligence, but bad faith. This bad faith is reinforced by the fact that Plaintiffs were not up against any statute of limitations that required a rushed filing.

43.     The Second Amended Complaint (like the First Complaint and First Amended Complaint) is factually and legally deficient. The Second Amended Complaint is also frivolous and was filed in bad faith. *See, e.g., Barnes v. Dalton*, 158 F.3d 1212, 1214 (11th Cir. 1998) ("If particularly egregious, the pursuit of a claim *without a reasonable inquiry into the underlying facts* can be a basis for a finding of bad faith.").

44.     Plaintiffs and their counsel's failure to undertake even a cursory investigation and outright refusal to withdraw the deficient pleadings (not once, not twice, but three times) supports the imposition of sanctions under Rule 11(b).[4]

### D.     *Plaintiffs Failed to Cure Shotgun Pleading Defects.*

45.     Additionally, Plaintiffs' Second Amended Complaint (like the two prior iterations) is a shotgun pleading that violates Rule 8(b), and provides a separate basis for dismissal and sanctions. Courts in the Eleventh Circuit have little tolerance for shotgun pleadings. *Vibe Micro, Inc. v. Shabanets*, 878 F.3d 1291, 1294 (11th Cir. 2018). *see also Vujin v. Galbut*, 836 Fed. Appx. 809, 814-15 (11th Cir. 2020). This Court already dismissed Plaintiffs' First Amended Complaint on this basis. Plaintiffs' counsel, as practicing attorneys in the Eleventh Circuit and on notice of this Court's dismissal Order, have sufficient knowledge of the rules and requirements of the Federal Courts and still chose to file a wholly violative pleading. *See id.*; *see also* 07/11/22 Order.

46.     As separate grounds for sanctions is Plaintiffs and their counsel's decision to file a pleading replete with disparaging allegations and including individuals or entities that are wholly immaterial this matter and were only included in an effort to cast aspersions on anyone associated

---

[4] Koutoulas filed his 12(b)(6) Motion to Dismiss on August 23, 2022.

with Mr. Koutoulas. *See Barnes*, 158 F.3d 1212 at 1214; *Vibe Micro*, 878 F.3d 1291 at 1294. Indeed, the Second Amended Complaint reads more like an attack ad against Mr. Koutoulas than a complaint at law. If these pleadings were printed outside of a docket, they would be actionable as defamation. Even providing Plaintiffs the benefit of the doubt prior to filing the complaint, the discovery obtained in this case to date clearly shows Plaintiffs' claims are untenable and should have been withdrawn.

WHEREFORE, Defendant James Koutoulas respectfully requests that the Court impose sanctions against Plaintiffs and their counsel for filing the Second Amended Complaint and refusing to withdraw the Second Amended Complaint in the form of attorneys' fees and costs and for such other relief that the Court deems appropriate and just.

Dated: March 3, 2023.                         Respectfully submitted,


                                              /s/ Nicole Martell_____
                                              **NICOLE MARTELL, ESQ**.
                                              Florida Bar No.: 100172
                                              nicole@ddpalaw.com
                                              **DI PIETRO PARTNERS, PLLC**
                                              901 East Las Olas Blvd, Suite 202
                                              Fort Lauderdale, FL 33301
                                              Primary Email Address:
                                              service@ddpalaw.com
                                              Secondary Email Address:
                                              paralegal@ddpalaw.com
                                              Telephone: (954) 712-3070
                                              Facsimile: (954) 337-3824

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on March 3, 2023 I caused the foregoing to be electronically

filed with the Clerk of the Court using the CM/ECF system, which will send notification of such

filing to the email addresses on the Electronic Mail Notice List.


<u>*/s/ Nicole Martell*</u>
**NICOLE MARTELL, ESQ.**
Florida Bar No.: 100172
nicole@ddpalaw.com

**DI PIETRO PARTNERS, PLLC**
901 East Las Olas Blvd, Suite 202
Fort Lauderdale, FL 33301
Primary Email Address:
service@ddpalaw.com
Secondary Email Address:
paralegal@ddpalaw.com
Telephone: (954) 712-3070
Facsimile: (954) 337-3824

EXHIBIT A

# DI PIETRO | PARTNERS
## Attorneys at Law

901 East Las Olas Boulevard · Suite 202 · Fort Lauderdale, FL 33301
Office (954) 712-3070 · Fax (954) 337-3824
www.ddpalaw.com

August 15, 2022

***Sent via Certified Mail Return Receipt***
***and Electronic Mail***

Aaron M. Zigler
Robin Horton Silverman
ZIGLER LAW GROUP, LLC
308 S. Jefferson Street | Suite 333
Chicago, IL 60661
Tel: 312-673-8427
aaron@ziglerlawgroup.com
robin.horton@ziglerlawgroup.com

John T. Jasnoch
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
jjasnoch@scott-scott.com

Sean T. Masson
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: 212-223-6444
smasson@scott-scott.com

Re:   *Eric De Ford v. James Koutoulas, et. al.; Case No.: 6:22-cv-00652-PGB-DCI*

Dear Counsels:

On May 18, 2022 we provided you a copy of our Motion for Sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure. The undersigned sent correspondence regarding a renewed Motion for Sanctions on July 21, 2022, indicating the Second Amended Complaint fails to resolve any of the issues raised in the May 18th Motion. As you promptly advised, the incorrect motion was served with the July 21st correspondence. As such, please find enclosed a renewed Motion for Sanctions ("Motion") addressing the deficiencies in the Second Amended Complaint specifically. The enclosed Motion will be filed in accordance with Rule 11 FRCP in the event that

# DI PIETRO | PARTNERS

### Attorneys at Law

Koutoulas is not dismissed from the above referenced litigation. The case law interpreting Rule 11 FRCP, as well as the expressed terms thereof, places a duty and obligation on any attorney filing a pleading to diligently investigate the facts and circumstances supporting a claim or defense at any time, including prior to presentation to the court.

The Second Amended Complaint is devoid of any factual allegations supporting suit against Koutoulas and there is sufficient public information available to establish the frivolity of your client's claims. The enclosed Motion more thoroughly sets forth the failures of the Second Amended Complaint and basis upon which dismissal is appropriate. Quite simply, there is no justiciable issue of fact or law regarding your client's claims against Koutoulas.

Please consider this letter as the requisite twenty-one (21) day notice required by Rule 11 FRCP. In the event that the claim against Koutoulas is not dismissed, I will proceed with filing the attached Motion with the court.

Sincerely,

Nicole Martell, Esq.
Partner

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| ERIC DE FORD and SUSAN BADER,<br><br><br>Plaintiff,<br><br>v.<br><br>JAMES KOUTOULAS, JEFFREY<br>CARTER, ERIK NORDEN, ALEXANDER<br>HOPE MASCIOLI, ARIS GEORGE<br>MICHALOPOULOS, THOMAS<br>McLAUGHLIN, CORAL CAPITAL LLC,<br>CORAL CAPITAL MANAGEMENT LLC,<br>CORAL DEFI LP, BRANDON BROWN,<br>BRANDONBILT MOTORSPORTS, LLC,<br>and NATIONAL ASSOCIATION FOR<br>STOCK CAR AUTO RACING, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No.: 6:22-cv-00652-PGB-DCI<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S MOTION FOR RULE 11 SANCTIONS
## AGAINST PLAINTIFF AND HIS COUNSEL

Defendant, James Koutoulas ("Mr. Koutoulas"), by his undersigned counsel, and for his Memorandum of Law in Support of his Motion to for Sanctions Against Plaintiffs Eric De Ford ("De Ford") and Susan Bader ("Bader," collectively, with De Ford, "Plaintiffs"), and their Counsel pursuant to Federal Rule of Civil Procedure 11(b), respectfully states as follows:

1.     On April 1, 2022, De Ford filed his frivolous Class Action Complaint and Demand for Jury Trial (the "First Complaint"), against various Defendants.

2.      Under Federal Rule of Civil Procedure 11:

> By presenting to the court a pleading, written motion, or other paper--whether by signing, filing, submitting, or later advocating it--an attorney . . . certifies that to the best of the person's knowledge, information, and belief, formed *after an inquiry reasonable under the circumstances*:
>
> (1) it is not being presented for any improper purpose . . .
>
> (2) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law, or for establishing new law;
>
> (3) the factual contentions *have evidentiary support*, or if specifically so identified, will likely have evidentiary support . . .

Fed. R. Civ. Pro. 11(b)(1)-(3) (emphasis added). Indeed, Rule 11 "imposes a duty on attorneys to certify that they *have conducted a reasonable inquiry* and have determined that any papers filed with the court are *well grounded in fact, legally tenable, and not interposed for any improper purpose*." *Cooter & Gell v. Hartmarx Corp.*, 496 U.S. 384, 393 (1990) (emphasis added) (internal quotes omitted); *see also Baker v. Alderman*, 158 F.3d 516, 524 (11th Cir. 1998); *Wendy's Intern., Inc. v. Nu-Cape Const., Inc.*, 164 F.R.D. 694, 698-99 (M.D. Fla. 1996).

3.      Here, Plaintiffs' counsel has filed not one but three pleadings without undertaking a reasonable inquiry as their allegations are not well-grounded in fact and are legally untenable. *See Cooter*, 496 U.S. 384 at 393. Moreover, the pleadings shirk ethical boundaries as they read like an attack piece condemning Mr. Koutoulas,

his political beliefs, his achievements, his company, and even his friendships. Accordingly, Mr. Koutoulas again seeks sanctions for the time and resources wasted on responding to not one, not two, but three meritless complaints.

4.      Upon learning of the First Complaint (but before he was served), Mr. Koutoulas obtained a copy from Pacer and his counsel prepared a Rule 11 Letter directed to De Ford's attorney, which, among other things, detailed counsel's failure to undertake a "reasonable inquiry" into De Ford's allegations. *See* Fed. R. Civ. Pro. 11(b). A true and correct copy of this Letter and its Exhibits are attached as Exhibit 1. Mr. Koutoulas sought the immediate dismissal of the First Complaint. *Id.*

5.      The Rule 11 Letter included copies of emails from De Ford to LGBcoin praising Mr. Koutoulas and the "Let's Go Brandon" movement. De Ford described himself as having years of experience with cryptocurrency. *Id.* In fact, De Ford even offered his expertise in advertising and multimedia to further the Let's Go Brandon coin and movement. *Id.* These emails were all well after the purported fraud he now complains of. *See* Ex. 1. Importantly, De Ford vehemently supported the movement stating, he is "impressed with James' [Koutoulas''s] approach to fight back against cancel culture, political initiatives to help veterans and help bring our Conservative party into the 21st century. With the current political climate across the country and beyond our borders . . . LETSGo (Lets [sic] Go Brandon) has driving purpose to

actually help redirect our misguided nation." *Id*. This was only one of many deficiencies apparent on the face of the First Complaint.

6.     De Ford's counsel failed to respond directly to the Rule 11 Letter. De Ford's counsel did, however, make several statements to multiple news outlets, including the Daily Beast and Tennessee Tribune that the First Complaint was "a thoroughly researched and well-founded federal lawsuit." Noah Kirsch & Zachary Petrizzo, *Let's Go Brandon Crypto Lawsuit Has Trumpworld Influencers Running for the Hills*, Daily Beast, Apr. 12, 2022[1]; *see also* Sarah K. Burris, *Candace Owens Among Trumpworld Defendants in New Lawsuit Filed by Regretful Trump Supporters*, The Tennessee Tribune, Apr. 14, 2022.[2] Counsel went so far as to disparage Mr. Koutoulas by accusing him of engaging in a "desperate attempt to continue to prop-up the value of the token and scare away other defrauded investors from seeking their day in court." *See id*.

7.     On May 17, 2022 (more than one month after sending his initial Rule 11 Letter), Mr. Koutoulas filed his Motion to Dismiss and served De Ford' counsel with a Safe Harbor Rule 11 Motion. *See* Fed. R. Civ. Pro. 11(b); a true and correct copy of this Rule 11 Motion is attached as Exhibit 4.

---

[1] A true and correct copy of this article is attached as Exhibit 2.
[2] A true and correct copy of this article is attached as Exhibit 3.

8.      De Ford's counsel finally requested a call with Mr. Koutoulas's counsel, and, on May 19, 2022, De Ford's counsel verbally acknowledged the deficiencies in the First Complaint and asked if Mr. Koutoulas would agree to an extension to respond to Defendant's Motion to Dismiss in order to file an amended complaint. Given the outrageous allegations and reputational harm Mr. Koutoulas was (and continues) experiencing, he could not and did not agree to an extension.

9.      On the due date of De Ford's response, counsel instead filed a bloated First Amended Complaint that was a whopping 112 pages long that reads like a smear piece against Mr. Koutoulas. *See generally* First Amended Complaint [hereinafter "FAC"] at 1-112. De Ford's counsel recruited a new Plaintiff, Bader, swapped out defendants, and name-dropped several other individuals and entities without accusing them of any actual wrongdoing. *See id.* It seems these individuals and entities were only added for no justifiable purpose except to publicly rebuke anyone associated with Mr. Koutoulas, even though they have no known relationship to this matter. *See, e.g.,* FAC at ¶ 24-25; 28; 30 (identifying Mr. Koutoulas's hedge fund which has no involvement with the LGBcoin); ¶ 24-25 (mentioning Mr. Koutoulas's former law professor who currently runs the Investor Protection Center at Northwestern Pritzker School of Law).

10.      Ultimately, the First Amended Complaint failed to cure any defects of the First Complaint, and, rather, furthered the convoluted narrative Plaintiffs are

attempting to weave. Indeed, Mr. Koutoulas could not readily ascertain the facts or causes of action against him when attempting to respond via a second Motion to Dismiss and Rule 11 Motion. But, before Mr. Koutoulas could file a renewed Motion to Dismiss and serve Plaintiffs with a second Rule 11 Motion, the Court *sua sponte* dismissed Plaintiffs' First Amended Complaint holding, the "First Amended Complaint [is] a textbook example of the first category of shotgun pleadings." 07/11/22 Order (ECF Doc. 63). The Court gave Plaintiffs until July 29, 2022, to file an amended complaint. *Id.*

11.    Not surprisingly, Plaintiffs did not take all that time to actually undertake any semblance of due diligence and craft a viable pleading. Instead, on July 19, 2022, just eight days later, Plaintiffs filed a rushed Second Amended Complaint that did little more than attempt to address the shotgun issue by citing to specific paragraphs in each Count instead of incorporating all allegations. *See generally* SAC at ¶ 210; 229; 245; 263; 271; 275; 288; and 293. A cursory review of the Second Amended Complaint reveals that Plaintiffs cannot even keep track of who is or who is not a defendant by failing to remove allegations related to no-longer-named-defendants. *See id.* Moreover, Plaintiffs retain references to individual and entities that are wholly immaterial to this matter but are associated with Mr. Koutoulas, again, for absolutely no apparent reason. *See id.* Plaintiffs continue their attack on Mr. Koutoulas's protected political beliefs and professional

achievements. *See id.* It is quite alarming that Plaintiffs, who admittedly share the same protected political beliefs as Mr. Koutoulas, would now besmirch such beliefs in a calculated effort to garner an advantage in their otherwise baseless lawsuit.

12.    More importantly, Plaintiffs' Second Amended Complaint—which is their **third** attempt to plead a viable cause of action—still fail to plead any factual allegations to support a single cause of action against Mr. Koutoulas. And, again, the Counts are nothing short of formulaic recitations of elements of causes of action. This is factually and legally untenable. A redline of the First Amended Complaint to the Second Amended Complaint clearly establishes the minimal amount of effort that was put into curing this pleading. A true and correct copy of the redline is attached as Exhibit 5. It seems Plaintiffs Second Amended Complaint was simply an attempt to cure the "shotgun" deficiency—but it doesn't even do that.

13.    First, the idea that De Ford was defrauded is belied by the fact that he purchased LGBcoin well after any fraud as alleged in his Second Amended Complaint, as well as the fact that after all of these events he still wanted to work with LGBcoin. It seems that only after he was not taken up on his offer, he sought payback. *See* Ex. X.

14.    Second, Plaintiffs *admit* that NASCAR *did approve* the on-track sponsorship and that Mr. Koutoulas *reasonably relied upon NASCAR's representations*. SAC ¶¶ 85, 120, 215, 216. It defies logic that Mr. Koutoulas could

have committed fraud when Plaintiffs themselves agree his actions were reasonable. *See id.* Plaintiffs point to nothing else against Mr. Koutoulas. *See generally* SAC. Moreover, while Plaintiffs spend dozens of pages and paragraphs citing to public posts by various individuals, those are not attributable to Mr. Koutoulas. *See id.*

15.    Third, Plaintiffs' other causes of action (to the extent discernible) equally fail to allege a single fact that would support a cause of action. Conclusory allegations are not facts. Instead, the Second Amended Complaint, like the two prior iterations, prove Plaintiffs' counsel did not undertake any due diligence before filing this lawsuit nor did they heed any warnings contained in this Court's Dismissal Order or the multiple Motions to Dismiss filed against them by Mr. Koutoulas and the other Defendants.

16.    Plaintiffs' counsel had an affirmative obligation to investigate Plaintiffs' allegations and conduct a reasonable inquiry before filing this lawsuit, and could have acted upon receiving Koutoulas' April 6, 2022, but did not. In fact, Plaintiffs' counsel doubled downed and attempted to replead a baseless complaint not once, but twice. This points to more than just a lack of due diligence, but bad faith. This bad faith is reinforced by the fact that Plaintiffs were not up against any statute of limitations that required a rushed filing.

17.    The Second Amended Complaint (like the First Complaint and First Amended Complaint) is factually and legally deficient. The Second Amended

Complaint is also frivolous and was filed in bad faith. *See, e.g., Barnes v. Dalton*, 158 F.3d 1212, 1214 (11th Cir. 1998) ("If particularly egregious, the pursuit of a claim *without a reasonable inquiry into the underlying facts* can be a basis for a finding of bad faith.").

18.     Plaintiffs and their counsel's failure to undertake even a cursory investigation and outright refusal to withdraw the deficient pleadings (not once, not twice, but three times) supports the imposition of sanctions under Rule 11(b).[3]

19.     As separate grounds for sanctions, Plaintiffs' Second Amended Complaint (like the two prior iterations) is a shotgun pleading that violates Rule 8(b), and provides a separate basis for dismissal and sanctions. Courts in the Eleventh Circuit have little tolerance for shotgun pleadings. *Vibe Micro, Inc. v. Shabanets*, 878 F.3d 1291, 1294 (11th Cir. 2018). *see also Vujin v. Galbut*, 836 Fed. Appx. 809, 814-15 (11th Cir. 2020). This Court already dismissed Plaintiffs' First Amended Complaint on this basis. Plaintiffs' counsel, as practicing attorneys in the Eleventh Circuit and on notice of this Court's dismissal Order, have sufficient knowledge of the rules and requirements of the Federal Courts and still chose to file a wholly violative pleading. *See id.*; *see also* 07/11/22 Order.

---

[3] Koutoulas has filed his 12(b)(6) Motion to Dismiss concurrently with serving this Motion on Plaintiff's counsel.

20.     Finally, a third basis for sanctions is Plaintiffs and their counsel's decision to file a pleading replete with disparaging allegations and including individuals or entities that are wholly immaterial this matter and were only included in an effort to cast aspersions on anyone associated with Mr. Koutoulas. *See Barnes*, 158 F.3d 1212 at 1214; *Vibe Micro*, 878 F.3d 1291 at 1294. Indeed, the Second Amended Complaint reads more like an attack ad against Mr. Koutoulas then a complaint at law. If these pleadings were printed outside of a docket, they would be actionable as defamation.

WHEREFORE, Defendant James Koutoulas respectfully requests that the Court impose sanctions against Plaintiff and his counsel for filing the Complaint and refusing to withdraw the Complaint in the form of attorneys' fees and costs and for such other relief that the Court deems appropriate and just.

Dated:          August 15, 2022                    Respectfully submitted,


                                                    /s/ Nicole Martell
                                                    **NICOLE MARTELL, ESQ**.
                                                    Florida Bar No.: 100172
                                                    nicole@ddpalaw.com
                                                    **DI PIETRO PARTNERS, PLLC**
                                                    901 East Las Olas Blvd, Suite 202
                                                    Fort Lauderdale, FL 33301
                                                    Primary Email Address:
                                                    service@ddpalaw.com
                                                    Secondary Email Address:
                                                    paralegal@ddpalaw.com
                                                    Telephone: (954) 712-3070
                                                    Facsimile: (954) 337-3824

# EXHIBIT 1



**LGBCoin**
to James Koutoulas

Tue, Apr 5, 12:10 PM (23 hours ago)

You are viewing an attached message. Gmail can't verify the authenticity of attached messages.

Sent with ProtonMail secure email.

------- Original Message -------
On Tuesday, February 15th, 2022 at 8:50 PM, Eric De Ford <> wrote:

Alexandra,

You contact info was shared with me after my request to offer services to your team. I am not asking for compensation, only to provide 20+ years of experience in multimedia and advertising.

My studio, Eventuro, is located in St. Louis Missouri. We are a motion media and marketing agency with broad experience working with Fortune 500 companies, internationally. Recently we just created a website for Sunkist Citrus to relaunch their new mandarin line. This included game development, a micro site (peelgoodcitrus.com) and AR mobile experiences. We are working with an event agency in St. Louis to design the VIP fan experience for the NASCAR Cup series to World Wide Technology Raceway, this year. Busch Beer is a direct client of ours and we have done digital motion graphics for Busch and Kevin Harvicks team, including animated GIFs and web spots for Busch.

My business email is [redacted], cell is [redacted]., and my personal email is [redacted]. I am a holder of LGB and hopefully going to receive an airdrop as well. My intentions are to support the team. I am happy to sign any NDA, background checks, or restrictions associated with LGB or LG cryptocurrency.

Kind regards,

Eric DeFord
--
Eric DeFord

# EXHIBIT 2

nt: Friday, February 25, 2022 8:36:50 PM
: Eric DeFord [redacted]
: chris@[redacted]
bject: Re: Dana Show Interview - John Koutoulas LETSGO Token

Eric, Chris!

st off, thank you so much for reaching out and supporting the movement. We are always happy to meet like-minded, America First patriots.

uld be happy to arrange for James to be on the Dana show, the more people who know and understand crypto and the LGB movement, the better it is to get our
essage out there!

hen we started the coin, we wanted to be people's first crypto purchase especially in America to help them understand the value of decentralized finance. Please

me know availabilities for the show and I will see if it can work in James' schedule.

shing you both a great weekend and look forward to collaborating with you!

dacted]

n Fri, Feb 25, 2022 at 8:18 PM Eric DeFord <[redacted]> wrote:
Chris and Alex,

Good evening to you both.

Alex my name is Eric DeFord and I reached out to James  yesterday on Telegram to see if he was interested in connecting with my friend and Dana Show Producer,
Chris Loesch. James gave me your contact info for media inquires. I am a "hodler" of the LETSGO token and am inspired by what this token can do for our nation.

I've been in crypto for seven years now and really am impressed with James' approach to fight back against the cancel culture, practical initiatives to help veterans an
to help bring our Conservative party into the 21st  century.

With the current political climate across the country and beyond our borders I feel James Koutoulas would be a great topic on The Dana Show. His initiative creating a
real functional crypto token, LETSGO (Lets Go Brandon) has a driving purpose to actually redirect our misguided nation.

I hope James had a brief chance to mention to you Alex the possible connection to being on the Dana Show. I am not speaking for Dana or Chris, but I was hoping m
friend would consider connecting with you. I think the world of Chris and consider him as one of my closer friends. He's been a phenomenal counsel in my life.

Chris, after briefly mentioning this to you today, I am connecting you with Alex Giuliani, James Koutoulas' media coordinator. I do not know James or Alex personally,
but can vouch for their initiatives who really care about people.

I do not want to speak out of turn on their initiatives abd know Alex would be much better at explaining. I feel James' initiative meshes well with the alternative
conservative culture and how the LETSGO token is very a relevant political subject for The Dana Show.

Chris, I hope you and Alex can connect on some level. Alex, Chris is best reachable through [redacted].

Best to both of you.

Eric DeFord

--



Eric De Ford / Multimedia Creative Director & Managing Partner
[redacted]

EVENTURO
5257 Shaw Avenue, Suite 205, Saint Louis, Missouri 63110

http://www.eventuro.com

# EXHIBIT 3



**LGBCoin**
to James Koutoulas

Tue, Apr 5, 12:09 PM (23 hours ago)

You are viewing an attached message. Gmail can't verify the authenticity of attached messages.

Sent with ProtonMail secure email.

------- Original Message -------
On Thursday, February 17th, 2022 at 11:08 PM, LGBCoin <[redacted]> wrote:

*Please reply. I purchased 248 billion tokens in January 28th, before any news of a coin reissue.*
*People are saying the "airdrop" is only based on what was snap shot on the 26th?*
*I'm not getting my tokens that I purchased?!? Please reply.* Ericdeford@gmail.com

Hi Eric,

Thank you for your support in our coin and getting behind the LGB movement.

We are currently in process of minting a new coin that will be available for purchase through Polygon, Metamask & Coinbase as well as other exchanges when we return to our previous market cap. If you weren't a holder prior to January 28, 2022 and entitled to the upcoming airdrop. Please be aware that ETH gas fees are normally higher daytime and lower in evening/middle of night when volume slows down. We have had many holders buy with mining fees as low as $15. Kindly follow our social media channels to stay up to date with what we are working on and when we will be listed on a central exchange. **We have crypto experts on our channels listed below who can help you with buying process once newly minted coin is launched so feel free to reach out and to discuss any concerns you have with previously purchased tokens:**

Instagram: **@lgbcoin.io**

Telegram: **https://t.me/lgbcoin_chat** (There is a verification process to ensure you are human and not a robot so be sure to follow the instructions)

Discord: **https://discord.com/invite/letsgobrandon**

*We have important announcements coming out in the next week!*

All the best,

**LGBcoin Team**

EXHIBIT B





      

 

**DAILY BEAST**

# Let's Go Brandon Crypto Lawsuit Has Trumpworld Influencers Running for the Hills



Noah Kirsch, Zachary Petrizzo

April 11, 2022 · 4 min read









Photo Illustration by Thomas Levinson/The Daily Beast/Getty



A new class-action lawsuit filed by an investor in Trumpworld's favorite "Let's Go Brandon" meme coin claims that some of the token's key players orchestrated a pump-and-dump scheme.

The news marks the latest bit of drama that has plagued the coin since its inception last year and which has persisted

Ad  SmartAsset

- ADVERTISEMENT -

yahoo!finance

HOME    MAIL    NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    SEARCH    SHOPPING    YAHOO PLUS    MORE...

Search for news, symbols or companies

Sign in    M

Finance    Watchlists    My Portfolio    Crypto    Yahoo Finance Plus    News    Screeners    Markets    Videos    Personal Finance

Attorneys for the plaintiff, an investor in the coin named Eric De Ford, claimed that the token's executives and insiders "made false or misleading statements" and "disguised their control over the [c]ompany." Ultimately, the 79-page suit filed in Florida alleges, those insiders "cynically marketed the LGB Tokens to investors so that they could sell off their portion...for a profit," even as the selloff caused the value of the coin to drop precipitously for the remaining crypto holders.

The defendants included the Trumpy hedge funder James Koutoulas, NASCAR, and conservative media personalities Candace Owens and David Harris Jr., among others.

Squabbling 'Let's Go Brandon' Crypto Team Tries to Relaunch

Koutoulas fired back at the allegations in text messages to The Daily Beast. "The plaintiff's behavior frankly, is disturbing—almost like a stalker," he wrote.

Koutoulas sent a document that showed apparent email exchanges between De Ford and other individuals affiliated with the coin in February, in which De Ford said he was "inspired by what this token can do for our nation" and offered to help market the coin for free. Evidently his perspective on the coin's management quickly changed.

"One moment he's praising our vision and offering to promote the coin, now suddenly, he's filed a bizarre conspiracy claim," Koutoulas said.

Quote Lookup

**TRENDING**

1. Drone maker Skydio highlights how the CHIPS Act benefits more than just the chip industry

2. FOREX-Dollar firms after U.S. labor data suggests more rate hikes

3. NTSB: Key tank car part melted after Ohio train derailment

4. Fed officials remain 'open-minded' on future rate hikes

5. TREASURIES-US yields march higher as tight labor data fuels inflation scare

yahoo!finance

Search for news, symbols or companies

Sign in

M

Finance    Watchlists    My Portfolio    Crypto    Yahoo Finance Plus    News    Screeners    Markets    Videos    Personal Finance

what appears to be a desperate attempt to continue to prop-up the value of the token and to scare away other defrauded investors from seeking their day in court," he wrote.

"That a litigant and lawyer like Mr. Koutoulas would expose himself to potential defamation claims and bar discipline in response to being named in a thoroughly researched and well-founded federal lawsuit is consistent with the same poor judgment alleged in the Complaint," he added.

Some of Trumpland's most vocal influencers got behind the coin and subsequently were named in the class action suit, including Owens and Harris. Donald Trump Jr.—who has hawked the coin publicly—wasn't named, however.

'Let's Go Brandon' Crypto Coin Turns Into Total Dumpster Fire

"This #ad has one purpose and it's to let you know that free speech is about to make a major comeback. Stay tuned @letsgo," Trump. Jr. wrote in an April 7 tweet that garnered over 30,000 likes.

A source close to Trump Jr. with direct knowledge told The Daily Beast that Trump Jr. hasn't entered into any agreement with the Let's Go Brandon coin.

Owens billed the lawsuit as a frivolous filing that "borders on hilarity."

"For starters, I was not paid a single red cent 'to promote' the LGB coin," she told The Daily Beast. "Beyond that, I myself lost money on the coin which removes me unequivocally from any notion of an inside 'pump and dump' scheme."

Harris did not immediately respond to The Daily Beast's request for comment.

The original Let's Go Brandon coin was inspired by a televised mishap at a NASCAR race last year. After driver Brandon Brown won the event, the crowd loudly chanted "F*ck Joe Biden," which an NBC reporter inaccurately relayed as "Let's

yahoo!finance

HOME    MAIL    NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    SEARCH    SHOPPING    YAHOO PLUS    MORE...

Search for news, symbols or companies                    Sign in    M

Finance    Watchlists    My Portfolio    Crypto    Yahoo Finance Plus    News    Screeners    Markets    Videos    Personal Finance

an official sponsor of Brown's NASCAR team, but the deal was ultimately kaboshed. That caused the token's price to fall, and the class action lawsuit claims that insiders made things worse by selling their stakes. (The suit further alleges that NASCAR didn't adequately distance itself from the crypto token; the company did not respond to a request for comment as of publication time.)

By February, the coin's market value had fallen more than 99 percent from its peak—leading a number of its key players to hash out a plan to rebrand and relaunch.

The aggressive marketing strategy hasn't slowed. Last month, when former President Trump appeared on Harris' podcast, he was presented with 500 billion of the new Let's Go tokens by Koutoulas. The value of those coins then stood at a measly $45,000; prices have stayed roughly flat over the past 30 days.

Trumpworld Crypto Coin Sinks After Trump Gets Involved

"Sounds good to me!" Trump replied. "I don't know exactly what it means, but it sounds good to me." It is unclear whether the former president ultimately accepted the tokens.

Read more at The Daily Beast.

Get the Daily Beast's biggest scoops and scandals delivered right to your inbox. Sign up now.

Stay informed and gain unlimited access to the Daily Beast's unmatched reporting. Subscribe now.

EXHIBIT C

Candace Owens Among Trumpworld Defendants in New Lawsuit Filed by Regretful Trump Supporters | The Tennessee Tribune

*The Tennessee Tribune*

NATIONAL

# Candace Owens Among Trumpworld Defendants in New Lawsuit Filed by Regretful Trump Supporters

 by **Article submitted**
April 14, 2022



Candace Owens

*By Sarah K. Burris*

A class-action lawsuit has been announced after a pro-Donald Trump crypto-currency was launched, leaving investors broke. Those suing purchased a digital currency named after the right-wing slogan "Let's Go, Brandon." Now they're saying that they were the victims of a pump-and-dump scheme by the insiders, the Daily Beast reported.

The slogan "Let's Go, Brandon," is a phrase that is supposed to mean, "F*ck Joe Biden." It has never been clear why Trump supporters have censored themselves from saying the phrase, but it has become a major slogan in Trumpworld. The popularity of the meme expanded to such a degree the cryptocurrency was named after it.

According to those waging the class action lawsuit, however, the value of the digital currency sank like a stone. The start of the coin was purchased by Donald Trump's most loyal fans, but it died. It was then

3/2/23, 9:41 AM Candace Owens Among Trumpworld Defendants in New Lawsuit Filed by Regretful Trump Supporters - The Tennessee Tribune

Case 1:23-mc-22345-JEM Document 1-8 Entered on FLSD Docket 06/23/2023 Page 41 of 77

relaunched in Feb. 2022 to considerable fanfare only to plummet again. Trump loyalists lost everything they'd invested.

Investor Eric De Ford is named as a plaintiff in the lawsuit and according to his lawyers, the currency's executives and insiders "made false or misleading statements" and "disguised their control over the [c]ompany." The 79-page lawsuit filed in Florida says that the currency's leaders "cynically marketed the LGB Tokens to investors so that they could sell off their portion…for a profit." Selloffs of the coin caused the value to fall considerably.

One of those named in the lawsuit is NASCAR, right-wing personality Candace Owens and hedge funder James Koutoulas along with others.

In a response to questions from the Beast, Koutoulas accused Eric De Ford of being like a stalker.

"One moment he's praising our vision and offering to promote the coin, now suddenly, he's filed a bizarre conspiracy claim," Koutoulas said.

Presumably, Mr. De Ford was supportive regarding the currency until he lost all of his money.

"We are disappointed to learn that Mr. Koutoulas would resort to such a misleading characterization of the facts in this case in what appears to be a desperate attempt to continue to prop-up the value of the token and to scare away other defrauded investors from seeking their day in court," wrote a lawyer representing Aaron Zigler, who is part of the class-action lawsuit.

NOTE: A resolution filed in the Tennessee General Assembly looks to honor conservative commentator Candace Owens on relocating to the state.

HJR350 is sponsored by State Representative William Lamberth (R-Portland-D44). A vocal supporter of former President Donald J. Trump, the resolution commends Owens for earning the "admiration and respect of millions of Americans through her activism in support of President Trump as a black woman and her perceptive criticism of creeping socialism and leftist political tyranny."

© 2023 Insightful coverage of Nashville and Middle, TN news.
Proudly powered by Newspack by Automattic

EXHIBIT D

2:50

< Back

**James Koutoulas**
last seen recently

February 20

My studio, Eventuro, is located in St. Louis Missouri. We are a motion media and marketing agency with broad experience working with Fortune 500 companies, internationally. Recently we just created a website for Sunkist Citrus to relaunch their new mandarin line. This included game development, a micro site (peelgoodcitrus.com) and AR mobile experiences. We are working with an event agency in St. Louis to design the VIP fan experience for the NASCAR Cup series to World Wide Technology Raceway, this year. Busch Beer is a direct client of ours and we have done digital motion graphics for Busch and Kevin Harvicks team, including animated GIFs and web spots for Busch.

My business email is eric@eventuro.com, cell is 314.496.3363, and my personal email is ericdeford@gmail.com. I am a holder of LGB and hopefully going to receive an airdrop as well. My intentions are to support the team. I am happy to sign any NDA, background checks, or restrictions associated with LGB or LG cryptocurrency.

I hope I can be of help.

Peel Good Citrus TM
Sunkist | Peel Good Citrus TM

4:25 PM

February 24

My friend Chris Loesch is Dana's husband a producer.

Message



2:51

< Back

**James Koutoulas**
last seen recently

and Kevin Harvick team, including animated
GIFs and web spots for Busch.

My business email is eric@eventuro.com, cell
is 314.496.3363, and my personal email is
ericdeford@gmail.com. I am a holder of LGB
and hopefully going to receive an airdrop as
well. My intentions are to support the team. I
am happy to sign any NDA, background
checks, or restrictions associated with LGB or
LG cryptocurrency.

I hope I can be of help.

| Peel Good Citrus TM
| Sunkist | Peel Good Citrus TM

4:26 PM ✓

**February 24**

My friend Chris Loesch is Dana's husband and
producer.

chris@danaradio.com if you want to get on
there.

4:45 PM ✓

**February 25**

Oh wow cool. Would you mind doing a warm
intro to Alex who coordinates my media?
Aguliani829@gmail.com
9:00 AM

Happy to do so. I live in St. Louis, that's how I
know Chris and Dana. I'll send it over in the
morning.
9:01 AM ✓

Awesome thanks! 9:01 AM

Today I meant
9:01 AM ✓

Message

EXHIBIT E

L

11:50
Luchadude
In reply to this message
I don't think your concerns are unfounded, but I would reassure you they have kept their word. If NASCAR didn't dump Brandon's sponsorship we would still have the old token. I see this fork as a great opportunity. If you're an investor, let's try to encourage everyone. Keep the mood high over the next week. I love seeing that people have received their tokens and this is working. We also need to emphasize that the coins are dropping from the bottom up and they are coming. It's really happening.

There are indeed novice investors that have lost a lot with the original token and they need to understand their money is coming back with more potential. When they arrive here looking for answers and all they see (and I'm not saying you) is bickering about admins, where's my coins, and this is a scam; it creates confusion. Still we are barely at a day and a half of the relaunch.
Kevin McNeilly joined group by link from Group

C

11:54
CalsiBot 🔶 @CalsiBotDev
In reply to this message
Kevin **has** verified themselves as human.

M

11:56
Meme Guy



I suspect The King is preparing for his return.
Brave Chicken joined group by link from Group

C

12:00
CalsiBot 🔶 @CalsiBotDev
In reply to this message
Brave Chicken **has** verified themselves as human.

JL

12:08

L

09:44
Luchadude
In reply to this message
They had to relaunch so they can get a wrap on a car that they spent 10million+ to sponsor.

T

09:44
Tracy
I love it
09:45
Any word if they are gonna be wrap on his car next week

K

09:45
Kelly
I get what you are saying im not trying to argue but the whole situation has been a shit show. Spending 10 Million on a sponsor that we couldnt get. Promoting that sponsor then having to fork to actually have the sponsor. Again im holding right now but to pretend this has been a smooth ride is not being truthful.

L

09:45
Luchadude
I'd hate to invested in a team that promises things that are not even moving or are months behind. Give these guys a break. They said s few days. Let's it roll.

K

09:45
Kelly
hopefully things are easier moving forward
Jen Prz joined group by link from Group

C

09:46
CalsiBot 🔱 @CalsiBotDev
In reply to this message
Jen **has** verified themselves as human.
Next messages

# EXHIBIT F

| | |
|---|---|
| **From:** | Howell, Dale </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8FD112E6A8DE40279900EBF8FC727973-HOWELL, DAL> |
| **To:** | Mac MacLeod |
| **Sent:** | 12/26/2021 1:48:09 PM |
| **Subject:** | Re: Brandonbilt Motorsports Paint Scheme Submission - Daytona |
| **Attachments:** | Brandon Brown Daytona 1 Submission.jpg |

Good morning Mac,

The sponsors are approved however please clean up the markings around the number especially the white stars touching the white number.

2022 we are really going to hone in on keeping the numbers clean per the rule book nothing within 2" should be touching the numbers we understand some step and repeats, however in this case white and white makes it blob.

My rule of thumb is step back from the computer screen and see how it looks. In the shop or up close it looks fine but think about the tower or safety vehicles seeing it go 170mph

Dale Howell
NASCAR Racing Operations
386-235-1465

On Dec 25, 2021, at 1:20 PM, Mac MacLeod <mac.macleod@fastlanemediainc.com> wrote:

**WARNING: This email originated outside of NASCAR Enterprises, LLC.**
DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Dale, good afternoon and Merry Christmas!

I'm sure that you won't see this until sometime next week, but I just received this from the team and wanted to get it in front of you for a hopeful approval next week. I tried submitting via the paint scheme portal, however there are no race events listed to select from.

The attached paint scheme is being submitted for Daytona.

**General**
**Driver:** Brandon Brown
**Owner:** Jerry Brown
**Entry List:** LGBCoin.io Chevrolet Camaro

**Events**
Daytona

**Sponsor:** *They are a Cryptocurrency*
**Hood:** LGBCoin.io
**Decklid:** LGBCoin.io
**TV Panel:** LGBCoin.io
**Rear Quarter Panel:** LGBCoin.io
**Lower Front Quarter Panel:** None
**Lower Rear Quarter Panel:** TradeTheChain.com
**B Post:** None
**C Post:** TradeTheChain.com
**Spoiler:** None
**Roof:** LGBCoin.io
**Side Skirt:** None
**Door Panel:** None

**Paint Scheme:** *Attached to email*

Please let me know if you have any questions. Looking forward to hearing from you next week.

Thanks!

Mac MacLeod
<Brandon Brown Daytona 1 Submission.jpg>

CONFIDENTIAL

EXHIBIT G

| | |
|---|---|
| **From:** | Howell, Dale </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8FD112E6A8DE40279900EBF8FC727973-HOWELL, DAL> |
| **To:** | Simmons, Jason |
| **CC:** | Forde, Mike |
| **Sent:** | 12/30/2021 3:31:23 PM |
| **Subject:** | Re: Brandon Brown LGBcoin sponsorship |

Hey Forde,

Mac emailed me Christmas Day on this scheme, I quickly just assumed it was crypto which it is, but didn't realize it was let's go Brandon behind it, however it's not political nor a PAC, so I don't see how we can reject it.

I just shot Swindell an email about it to get his perspective

Dale Howell
NASCAR Racing Operations
386-235-1465

On Dec 30, 2021, at 9:47 AM, Simmons, Jason <jsimmons@nascar.com> wrote:

Hey Mike – copying in Dale Howell here who can doublecheck for us.

Thanks,

**Jason Simmons | International Operations & Strategy**
Office: (704) 348-9608 | Mobile: (704) 728-7764 | NASCAR.com

**From:** Forde, Mike <mforde@nascar.com>
**Sent:** Thursday, December 30, 2021 8:46 AM
**To:** Simmons, Jason <jsimmons@nascar.com>
**Subject:** Fwd: Brandon Brown LGBcoin sponsorship

Hey Jason…sorry to bother. Quick one: Is Brandon Brown's sponsor, approved, below.

Sent from my iPhone

Begin forwarded message:

**From:** Robert Pockrass <bobpockrass@gmail.com>
**Date:** December 30, 2021 at 8:41:35 AM EST
**To:** "Forde, Mike" <mforde@nascar.com>
**Subject: Brandon Brown LGBcoin sponsorship**

WARNING: This email originated outside of NASCAR Enterprises, LLC.
DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

_____

Mike:

This is embargoed until 10am so please don't share except with those who need to know but wanted to check. The Brandon Brown team says NASCAR has OK'd this paint scheme with LGBcoin.is on the side. No reason to doubt them but just didn't want it to be a surprise. Thanks.

-Bob
(704) 241-0632

[cid:00f206f7-d973-43de-be13-c1b12c02e150@namprd13.prod.outlook.com]

CONFIDENTIAL

EXHIBIT H

| From: | Howell, Dale </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8FD112E6A8DE40279900EBF8FC727973-HOWELL, DAL> |
|---|---|
| To: | dalehowell0506@gmail.com |
| Sent: | 1/2/2022 5:14:34 PM |
| Subject: | FW: RESPONSE NEEDED - LGBcoin.io- Brandonbilt Motorsports |



**Dale Howell | Senior Manager, Racing Operations | NASCAR**
One Daytona Boulevard | Daytona Beach, FL 32114
Email: dhowell@nascar.com Office: (386) 310 -5444 |Mobile: (386) 235 -1465

---

**From:** Nyquist, Eric <ENyquist@nascar.com>
**Sent:** Thursday, December 30, 2021 2:20 PM
**To:** Howell, Dale <dhowell@nascar.com>
**Subject:** Re: RESPONSE NEEDED - LGBcoin.io- Brandonbilt Motorsports

Give me a quick shout if you can. Got word back from OD just now and Phelps just called. Want to talk through your call with team before you do it.


On Dec 30, 2021, at 1:44 PM, Howell, Dale <dhowell@nascar.com> wrote:

 Thank you for the feedback Eric and Jordan.

I will reach out to the team and inform them I mistakenly overlooked what could be a potential issue regarding our political guidelines for 2022 with the crypto being tied to a slogan.


Dale Howell
NASCAR Racing Operations
386-235-1465


On Dec 30, 2021, at 1:21 PM, Nyquist, Eric <enyquist@nascar.com> wrote:


Would suggest Dale reach out to the team and tell them he jumped the gun, thinking it was a mainly crypto deal, and that this sponsorship is not yet approved and will be reviewed next week.

We received a call from Comcast this afternoon and national media are now beginning to reach out on this. Would like to tell media on background that the sponsorship is not approved at this moment.

---

**From:** Jiloty, Jordan <jjiloty@nascar.com>
**Sent:** Thursday, December 30, 2021 12:55 PM
**To:** Nyquist, Eric <ENyquist@nascar.com>; Howell, Dale <dhowell@nascar.com>
**Cc:** Thompson, Brandon <bthompson@nascar.com>; Burleson, Haley <hburleson@nascar.com>; Baker, Ben <bbaker@nascar.com>; Skipper, Nicholas <nskipper@nascar.com>; Pancheri, Dan <dpancheri@nascar.com>; Miley, Meghan <Mmiley@nascar.com>; O'Donnell, Steve <sodonnell@nascar.com>; Swindell, Tom <TSwindell@nascar.com>; Weaver, Jason <jweaver@nascar.com>; Rogers, Patrick <progers@nascar.com>; Hamilton, Josh <jhamilton@nascar.com>; Forde, Mike <mforde@nascar.com>; Aylor Jr, Marvin <maylor@nascar.com>; Finley, Dave <Dfinley@nascar.com>; Klenetsky, Daniel <dklenetsky@nascar.com>; Bryant, Tom <tbryant@nascar.com>; Oliver, Amanda <aoliver@nascar.com>; Dietz, Katey <kdietz@nascar.com>; Grzanich, Sharon <sgrzanich@nascar.com>; Simmons, Jason <jsimmons@nascar.com>
**Subject:** RE: RESPONSE NEEDED - LGBcoin.io- Brandonbilt Motorsports

From here, I don't think their position that this is "not inherently political" holds up and it would create a difficult precedent in an election year. The website does seem to be down right now.

EXHIBIT I

**From:** Howell, Dale <dhowell@nascar.com>
**To:** Pickett, Carly
**Sent:** 1/5/2022 2:29:47 PM
**Subject:**

so i qickly approved the sponosr LGBcoin as crytop as they poisitonted it not politics

CONFIDENTIAL

# EXHIBIT J

Philippe Bekhazi
2 November 2021

PB

15:49
Philippe Bekhazi
Have an interesting deal to discuss - got a minute soon? It's pretty short notice

PB

18:17
Philippe Bekhazi
Tried calling

PP

18:43
Phil Potter
will buzz you back in like 5 min
4 November 2021



PB

18:00
Philippe Bekhazi
Welcome to the club bro
18:00
LGB!

PP

18:03
Phil Potter
haha - yeah

PB

18:04
Philippe Bekhazi
4x already good trade

PP

18:12
Phil Potter
on paper - yeah - we'll see - lol

PB

18:17
Philippe Bekhazi
Yes we will see indeed
5 November 2021

PB

12:04
Philippe Bekhazi
Need your eth address for lgb
12:05
Make sure you customize metamask or whatever to see the LGB

PP

14:34
Phil Potter
0xF7474070F2B9843DF17e41213b6d89A1A6648b86

PB



15:17
Philippe Bekhazi

Ok coming up

PP

16:17
Phil Potter
did you send it - don't see anything yet

PB

16:33
Philippe Bekhazi
I did
16:34



PP

16:40
Phil Potter
yeah - sorry - I see it now
8 November 2021

PB

12:46
Philippe Bekhazi
U getting in trouble with Wally? 😄 dont blame u wanted to do same haha
12:46
Will be interesting how this plays out

PP

12:47
Phil Potter
wary of situations like this
12:48
a bunch of big dumpers out there
12:48
not going to let myself get fleeced - lol

PB

12:48

CONFIDENTIAL

Philippe Bekhazi
Ya - i mean it's a binary in my mind
12:48
0 or gold

PP

12:48
Phil Potter
but I'm not a seller unless this thing has a nice move up

PB

12:48
Philippe Bekhazi
Cool

PP

12:50
Phil Potter
leaned on my friend for Coinmarketcap and coingeeko listings - want to see this go somewhere, but getting the feeling that it may not be a serious effort or an effort with legs

PB

13:07
Philippe Bekhazi
i hear you
13:19
btw we got the greenlight from the BMA to operate the yield product
13:19
going live 11/18 full blast
9 November 2021

PB

08:20
Philippe Bekhazi
https://twitter.com/jameskoutoulas/status/1458060285982482441?s=28
08:20



PP

08:33
Phil Potter
In reply to this message
bought almost all of what I sold back, btw
08:33
even though it was small

PB

08:33
Philippe Bekhazi
Dont feel obligated - at some point it will be a free for all

PP

08:33
Phil Potter
but I will be a scale seller for small amounts as price moves hgiher

PB

08:33
Philippe Bekhazi
Yeah i hope we can too!!

PP

08:34
Phil Potter
dude - I'm a trader

PB

08:34
Philippe Bekhazi
third largest owner

PP

08:34
Phil Potter
not a meme lord

PB

08:34
Philippe Bekhazi
Yeah
08:34
I got a sticker for that
08:35
Sticker
Not included, change data exporting settings to download.
🌪, 25.4 KB
08:35
Need to do a revised version for ya

PP

08:35
Phil Potter
haha
10 November 2021

PB

07:23
Philippe Bekhazi
Price action not too shabby on LGB



PGP and Jmes intros
3 November 2021
Walton Comer created group «PGP and Jmes intros» with members Walton Comer, Phil Potter and James Koutoulas

WC

17:07
Walton Comer
I thought you two should meet.
17:08
PGP is The Godfather of stablecoins, former CSO of bitfinex and international man of mystery.

James Kotoulous is the man and legend who single handedly took on JPM and GS to save the customer funds in the MFGlobal bankruptcy.
17:08
Also James is close to the let's go Brandon team. Talk amongst yourselves.

PP

17:20
Phil Potter
Hi James - pleasure to e-meet you

JK

21:57
James Koutoulas
hey Phil awesome to meet you, ridic pedigree
4 November 2021

PP

00:15
Phil Potter
Lol - Walton is good at flattery

JK

11:11
James Koutoulas
haha

PP

11:59
Phil Potter
so - talk to me about this token

JK

12:00
James Koutoulas
so as of now, just striaght meme coin, no value
12:00
want to make sure it stays free from any security token implications
12:01

CONFIDENTIAL

but its rocking, have a bunch of crypto billinoaires, meme lords, and a big market maker exec who bought in already
12:01
and we in talks with nascar to be lead sponsor on the brandon car
12:01
am open to ideas to develop coin further, do rewards or charity donation or some kind of functionality spin on it as long as we stay clear of security

PP

12:02
Phil Potter
yeah - interested at 250k level - what kind of deal can we get done here?

JK

12:03
James Koutoulas
cool. we been doing private sales at 50% of uni implied market cap
12:03
gotta talk to dev tho cuz with nascar negotiation they kinda want to have us stop selling til confirmed
12:05
fuck sorry devs saying 75% of market cap only

PP

12:22
Phil Potter
and what is implied mkt cap rn?

WC

12:22
Walton Comer
53mm

JK

12:55
James Koutoulas
walt and I hamered devs. they lettting me do 200k at 27M val if that works

PP

12:58
Phil Potter
k
12:58
done

JK

13:01
James Koutoulas
cool
13:01
0x40EcF54ad6339e0b346a48F4907661bDE67DD4d0
13:01
running out for an hour

CONFIDENTIAL

JK

14:03
James Koutoulas
kk im back

PP

14:21
Phil Potter
Sorry in a meeting - will be done shortly - what is net amount of ETH due?

JK

14:23
James Koutoulas
no rush, let me calculate
14:24
44.71
14:30
nascar is raging at us for doign otc lol

PP

15:16
Phil Potter
eth coming this afternoon

JK

15:55
James Koutoulas
cool
5 November 2021

JK

17:23
James Koutoulas
hey Phil, you have any luck with coin gecko or coin market cap?

PP

18:10
Phil Potter
Maybe coinmktcap
18:11
Oh - you're asking the other phil
18:11
I know one of the founders of coinmarketcap, but he hasn't been involved for a while
18:12
Oh - @philbek isnt in here

JK

19:30
James Koutoulas
was asking you if you talked to him because walt said you knew him

CONFIDENTIAL

6 November 2021

PP

07:22
Phil Potter
havent yet, but will

JK

10:44
James Koutoulas
cool thanks

PP

12:54
Phil Potter
my guy is on it
12:54
he can also help me with coingeeko and etherscan

JK

13:05
James Koutoulas
awsome thank you
13:05
etherscan seems to have some bug where its not escaping the ' properly

PP

13:09
Phil Potter
scott walker also pinged my friend about it - so he's on it for sure
13:12
is there a website?
13:13
nevermind - found it
13:21
actually what I found is this www.LetsGoBrandonCrypto.net but it's on BSC
13:21
so - that's not us - do we have a website?

JK

13:35
James Koutoulas
we LGBcoin.io
13:35
scott working on getting us professional web designer/artist



Walton Comer
3 November 2021

WC

13:31
Walton Comer
Phil Potter
Missed
13:32
You familiar with the let's go Brandon token?
13:32
https://v2.info.uniswap.org/token/0x21e783bcf445b515957a10e992ad3c8e9ff51288
13:33
https://jeffreycarter.substack.com/p/congratulations-to-an-unsung-american
13:34
this is starting to take off... they are close to the brandon nascar team as well. I know a lot of the guys who are in this. can get you some otc

PP

15:12
Phil Potter
interesting

WC

17:20
Walton Comer
Sent you and intro to James kotoulous. He's away from tg for a few hours so can't respond till tonight

PP

17:26
Phil Potter
kk
4 November 2021

WC

12:29
Walton Comer
Phil Potter
Incoming (17 seconds)
12:29
Can you take a quick call

PP

12:38
Phil Potter
Walton Comer
Outgoing (514 seconds)

WC

13:00
Walton Comer

CONFIDENTIAL

He can do 200k at 50% discount. You guys should chat a little if you can.

PP

13:01
Phil Potter
yeah - I accepted in the other chat
13:01
he just posted his ETH address
13:02
can you settle with him and I will transfer funds

WC

13:06
Walton Comer
Yes we can handle the the trade
13:06
Just confirm the trade with him and I'll get my team to handle the rest

PP

14:20
Phil Potter
It's in the chat that you're in with us

PP

14:51
Phil Potter
44.71 ETH to 0x40EcF54ad6339e0b346a48F4907661bDE67DD4d0

WC

15:15
Walton Comer
btw good trade
15:15
mc just jumped up to 93mm
15:15
we will complete the settlement later this afternoon
15:15
I;ve been tied up in calls

PP

15:15
Phil Potter
k

PP

16:11
Phil Potter
where can I see the market for this token?
16:12
what chain is it on?

CONFIDENTIAL

WC

16:12
Walton Comer
https://v2.info.uniswap.org/token/0x21e783bcf445b515957a10e992ad3c8e9ff51288
16:12
330tt total outstanding tokens.
16:12
Now at 100mm
16:13
I need an email address to send confirm to you from

PP

16:13
Phil Potter
philgpotter@gmail.com

WC

16:40
Walton Comer
ok paul putting together confirms to go to your mail. will be 200k for lgb at 26mm mc
16:41
330tt lgb outsatding... so thats 2.53846tt LGB
16:43
what legal entity? you personally?

PP

17:09
Phil Potter
Potter Ventures LLC
5 November 2021

WC

10:02
Walton Comer
need an lgb addy?
6 November 2021

PP

17:29
Phil Potter
so - a good person to bring into this is btcvix - he runs Satoshi Street Bets room which has thousands of degens in it - he could be a really good promoter for LGB

WC

19:35
Walton Comer
Yeah I intro'd him a few days ago. But haven't had a chance yet to talk to him about it
8 November 2021

WC

CONFIDENTIAL

12:26
Walton Comer
Phil Potter
Missed

PP

12:28
Phil Potter
hey

WC

12:28
Walton Comer
Dude I'm getting calls from the lgb guys asking why coins are being dumped hard.

PP

12:30
Phil Potter
hard? lol - selling a small fraction to offset basis, but not selling any more until price goes higher
12:31
there are others dumping way harder than me
12:31
just doing a little risk management in case this thing collapses

WC

16:12
Walton Comer
You cost me a lot of credibility. Only one other known party sold and that was half as much as you did. The rest of selling were retail algos that had bought earlier. And we're just front running the flows.

PP

16:14
Phil Potter
well that's a shit ton of dumping compared to me
16:17
can't talk atm
16:17
will be able to chat in 20 min

WC

16:17
Walton Comer
Phil Potter
Declined

WC

CONFIDENTIAL

16:53
Walton Comer
You free?

PP

18:14
Phil Potter
bought almost all of it back, btw
18:14
so you can let them know that
18:16
i know I am going to regret it though
18:18
ive seen this playbook before - "retail" guy bids up the pool - devs sell to whales at a "discount" - "retail guy" dumps hard, but whale must allow himself to get beached...
11 November 2021

PP

10:34
Phil Potter
btw - lots of dumping going on by top 20 addresses
2 December 2021

WC

10:33
Walton Comer
Send me the contact info of your assistant. My peeps want to hook her up with driver for you

PP

14:38
Phil Potter
Allison got it all sorted - tyvm!

WC

23:12
Walton Comer
Phil Potter
Missed
23:12
Call me I have invites for you all
11 December 2021

WC

22:53
Walton Comer

PP

Phil Potter 11.12.2021 14:42:27
My son wasn't feeling well last night - fever - tested positive on home kit then inconclusive on second home kit. He just had second Pfizer dose 10 days ago. Wife was insisting that he should now quarantine with me. I'm like "no PCR no 100%" fuck no, kid cannot hangout with with me until we know for sure. Big fight ensues - my excessive ways have brought this plague to our doorstep, blah, blah, blah. I am ruining Xmas on purpose, blah, blah, blah. Why am I so selfish that I can't comfort my sick son, etc.

WC

22:53
Walton Comer

Christ dude. I feel you. That was my life for 7 years.
22:55
Really feel for you brother.
12 December 2021

PP

10:23
Phil Potter
my world is a fucking nightmare right now

WC

12:10
Walton Comer
I'd give you a hug when I'm in town later today… but you are untouchable with COVID. Lol.
12:11
Your crypto family loves you unconditionally, if a bit disfunctionally.

PP

13:05
Phil Potter
indeed
13:05
but yeah - very thankful for crypto fam
17 December 2021

WC

15:22
Walton Comer
Getting grief from Koutoulas re "someone" selling into the lgb rallies and it's preventing the lgb from taking off.
I presume that "someone" is nearly done with their derisking?

PP

15:27
Phil Potter
i aint selling much at all - I am a tiny fraction of the volume
15:29
much bigger sellers out there - pretty sure i am like close to zero impact on this
18 December 2021

PP

12:18
Phil Potter
is this what you're talking about?

PP

12:18
Phil Potter

JK

James Koutoulas 18.12.2021 11:16:30

CONFIDENTIAL

I bought a bunch more on the plane last night after beta cuck Brian derosa who conned dev team for discounted coins dumped
28 January 2022

PP

17:17
Phil Potter
welp LGB - lol

WC

18:31
Walton Comer
Phil Potter
Incoming
18:34
Just saw this. There's a story there. Will tell you more. But in a nutshell there was a coup (not us) against Koutoulas and there will be an airdrop and new lgb management. They intentionally destroyed the market. I doubt they can rebuild any market trust… who knows. I just found out today.

PP

19:36
Phil Potter
yeah - spoke to James
19:37
but why is there no liquidity on the pool? at all? 2.3 ETH - james cant put any in there? seems a bit odd
19:37
or any of the devs or othere substantially large wallets?
8 February 2022

WC

22:52
Walton Comer
Do you or did you play D&D

PP

23:24
Phil Potter
Of course
23:25
Carson mentioned that you guys are looking at D&D nft play
14 February 2022

PP

13:41
Phil Potter
btw - this situation with LGB is total fucking bullshit

CONFIDENTIAL

WC

14:08
Walton Comer
agreed
14:08



21:13
Yeah he came last week. But hana had a really rough delivery and was in hospital for 13 days.
21:14
She's on the mend now. And son is healthy.

PP

22:44
Phil Potter
Wow - ok - super glad to hear everyone is ok. Name?
22:45
Great photos btw - super cute
22:45
Congrats!
4 January 2023

PP

20:59
Phil Potter
just got subpoenaed in LGB coin BS

WC

22:05
Walton Comer
Fuck, sorry to hear that.
5 January 2023

PP

05:37
Phil Potter
Long list of people in there - surprised you're not on there



WC

08:16
Walton Comer
I'm surprised the list is broad and that you are on it. Why would they care about you or I? Presumably they are interested in the core founders and decision makers. People like you and I were in the periphery.

Koutoulas may be happy being a lightening rod and enjoy the notoriety. It really sucks that others are around the

lightening strike.

I regret ever introducing you and others to him as this is going to cause good people undue stress, time and legal fees.

PP

08:20
Phil Potter
Yup

WC

08:35
Walton Comer
Also I hope there is no truth to the justice department being weaponized against conservatives. From the outside looking in it certainly feels like there is a strong bias against conservatives and to go at them wherever possible. Even if it requires making up crimes.
08:36
That's the scary part. Not being able to trust that Justice is impartial.

PP

09:36
Phil Potter
it's a civil action - some guy named Eric De Ford is plaintiff

WC

10:04
Walton Comer
oh its a nuisance suit....

WC

12:26
Walton Comer
any reason why signature wouldn't just take over silvergate at these prices?

PP

12:33
Phil Potter
Unknown contingent liabilities?

WC

13:48
Walton Comer
thats fair
13:48
also I suppose they might be close to being forced into liquidation by fed
13:49
they may not have nay book value left due to the change in interest rates.
2 February 2023



PP

12:23