**IN THE CIRCUIT COURT IN AND FOR THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
BUSINESS DIVISION**

| | | |
|---|---|---|
| LetsGoBrandon.com Foundation, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 2023-002831-CA-01 |
| vs. | ) | |
| | ) | |
| National Association for Stock Car Auto Racing, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF FILING EXHIBITS IN SUPPORT OF VERIFIED COMPLAINT**

**COMES NOW,** Plaintiff, LetsGoBrandon.com Foundation ("Plaintiff"), by and through the undersigned counsel and hereby files this Notice of Filing Exhibits in Support of the Verified Complaint filed on February, 17, 2023 as follows:

1. LGB Coin BMS Motorsports Sponsorship Agreement as **"Exhibit 001"**
2. Nascar DOO Sponsorship Approval Email as **"Exhibit 002"**
3. BMS Sponsorship Request Email 1 of 2 as **"Exhibit 003"**
4. BMS Sponsorship Request 2 as **"Exhibit 004"**
5. LGBcoin.io Announced as Full Season Primary Partner for BMS **"Exhibit 005"**
6. Nascar CLGBTCC Tweet **"Exhibit 006"**
7. LGB Spot Price 31 Dec. **"Exhibit 007"**
8. LGB Spot Price 5 Jan. **"Exhibit 008"**
9. Media Coverage **"Exhibit 009"**
10. Doge Aggregate Value **"Exhibit 010"**
11. Shiba Inu Aggregate Value **"Exhibit 011"**
12. Liquidity Pool Seeding Chart **"Exhibit 012"**
13. LGB Spot Price 10 Nov. **"Exhibit 013"**
14. LGB Coin AM Agreement Executed **"Exhibit 014"**

15. Rule Book **"Exhibit 015"**

16. Dec 31 2021 Token Analytics **"Exhibit 016"**

17. Wallet Counts **"Exhibit 017"**

18. Pump and Dump Search Results **"Exhibit 018"**

Respectfully submitted,

*/s/    Nicole Martell_____*
NICOLE MARTELL, ESQ.
Florida Bar No.: 100172
nicole@ddpalaw.com
**DI PIETRO PARTNERS, PLLC**
901 East Las Olas Blvd, Suite 202
Fort Lauderdale, FL 33301
*Primary Email Address:*
service@ddpalaw.com
*Secondary Email Address:*
*paralegal@ddpalaw.com*
Telephone: (954) 712-3070
Facsimile:  (954) 337-3824


Michael P Beltran
Fla. Bar No. 0093184
**Beltran Litigation, P.A**.
1101 East Cumberland Ave. #712
Tampa, FL 33602
813-870-3073 (o)
mike@beltranlitigation.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by email to all designated emails on this 22nd day of February 2023.

*/s/ Nicole Martell_____*
Nicole Martell, Esq.
Bar No.: 100172

Page **2** of **2**

**EXHIBIT 001**



## SPONSORSHIP AGREEMENT

THIS SPONSORSHIP AGREEMENT ("Agreement") when executed is made by and between Brandonbilt Motorsports, LLC ("BMS"), and, LGB Coin (the "Sponsor").

The Sponsor has agreed to act as a Sponsor of the of the BMS No. 68 NASCAR Xfinity Series, or its successor car should it ascend to the NASCAR Cup Series (the "Car") entry in the race Event(s) set forth on Exhibit 1, attached hereto and incorporated herein ("Events")

The Sponsor expects to receive promotional and advertising benefits from such sponsorship. BMS shall use its best efforts to employ all the time, resources, effort, personnel and facilities reasonable and necessary to field the race car and to otherwise fulfill its obligations for which the Sponsor has agreed to serve as a sponsor.

Now, therefore, in consideration of the mutual covenants and agreements hereinafter set forth and intending to be legally bound hereby, the parties hereto agree as follows:

I. SPONSORSHIP

1.01 BMS hereby grants to the Sponsor a Sponsorship relationship in the Car in the Events for the fee paid and other considerations contained herein.  BMS shall provide to the Sponsor those sponsorship benefits set forth in this Agreement.

1.02 For "The Event". The Sponsor shall receive the following in connection with each Event for the 2022 NASCAR Xfinity Season

- Race Car.  BMS grants the Sponsor the right to be the lead Sponsor of the Car and place the Sponsor's trademark(s) (the "Trademark") on the exterior surfaces of the Car in the Events to include the Sponsor's logo and website on the Car's hood and upper Quarter Panels larger than the logos of any other sponsors.  The Car will be wrapped to include the Sponsor's Logo/Name Placement on the hood of the car and along the rear upper Quarter Panels. (Sponsor to approve design and artwork) The graphic scheme and all logos will require final approval by NASCAR in advance of the Primary Events. The remaining space on the racecar is reserved for BMS, its sponsors, or NASCAR Sponsors.
- Garage VIP Passes for up to 6 people will be made available to the Sponsor. (All Names and Cell Phone Numbers must be provided 5 days prior to each Event or the passes will be forfeited).
- Driver will mention the Sponsor when possible in each interview conducted by the media.
- BMS's Social Media content will promote the Sponsor, the details of such promotion to be agreed upon by the parties, provided that Sponsor will be the most recognized of all of BMS's sponsors.
- Sponsor supplied brochures if made available will be displayed behind the Race Team Hauler.
- BMS agrees to host and bear all costs associated with 6 promotional events where the Car is displayed along with a two hour personal appearance by the Driver to advertise the Sponsor. Such events will be mutually agreed upon between BMS and the Sponsor.

1.03 Except as herein otherwise expressly provided to the contrary, the cost of providing and maintaining the above items shall be the responsibility of the race team.

II. DRIVER AND TEAM OBLIGATIONS

2.01 During the term of this agreement and any renewals or extensions thereof, the race team represents and warrants to the Sponsor that Brandon Brown is designated as the driver of the Car and it will secure the services of qualified crew members during the term of the sponsorship agreement, and that the driver and each crew member will handle himself (herself) in a respectable manner that would not unfavorably impact any sponsor. The race team has the right to terminate the services of any crew member should inappropriate behavior occur.

2.02 The team will produce a professional web site and artwork to promote the Sponsorship.

2.03 The Sponsor shall have a permanent, irrevocable, transferrable license to use the phrase "Let's Go Brandon" and names "LGBCoin" and "LGBCoin.io" which shall survive the termination or expiration of this Agreement.

III. TERM

3.01 The term of this contract is from the date executed, through the final race of the event(s) listed. Regardless of the events all provisions of this Agreement shall expire December 31, 2022.

3.02 Not withstanding the Term set forth in 3.01 above, this Agreement may be extended as provided in 4.03 below.

IV. COMPENSATION

4.01 As compensation for the performance of all obligations and duties undertaken by BMS in connection therewith during the Term, the Sponsor agrees to pay a total of five million dollars ($5,000,000). This payment shall be paid in the form of LGB tokens that were granted to Alex Mascioli, the recipt of which is hereby acknowledged by BMS. BMS may convert these tokens to fiat in the open market or by OTC in daily increments from the date of execution, with 50% to be liquidated by December 31, 2021 with an additional 50% through January 30th, 2022. Both BMS and LGBCoin further acknowledges and agrees that it will convert no more than 5% of the USD equivalent volume in each trailing 24 hour period. This volume-based convenant shall survive any termination of this Agreement.

Sponsor acknowledges and agrees that BMS has made substantial advance preparations to provide the Race Car and the services provided herein and the payments paid in advance of the Events are non-refundable regardless of any and all circumstances or causes.

4.02 The LGB token will retain the right as the primary sponsor on the car for the 2022 NASCAR Xfinity race season as long as it meets the requirements as defined below.

- LGB coin must meet or exceed an average daily market cap of $100 million dollars for fiscal quarter one 2022.
- LGB coin must meet or exceed an average daily market cap of $200 million dollars for fiscal quarter two 2022.

- LGB coin must meet or exceed an average daily market cap of $300 million dollars for fiscal quarter three 2022.
- LGB coin must meet or exceed an average daily market cap of $400 million dollars for fiscal quarter four 2022.

A fiscal quarter is defined as: Q1 = Jan 1 – March 31, Q2 = April 1 – June 30, Q3 = July 1 – Sept 30, Q4 = October 1 – Dec 31.

4.03 Should LGB coin maintain an average daily market cap in excess of $500 million dollars after the conclusion of the 2022 NASCAR Xfinity race season, BMS may choose to extend the Sponsor as the primary sponsor of the Car at the then current market rate for a primary sponsor.  The Sponsor shall have the option to maintain Sponsor's logo and website on at least two sections of the Car in non-primary fashion, so long as BMS is paid market rate for those positions. Sponsor shall receive first right of refusal on sponsorship renewal for two years after this agreements expiration.

The Sponsor specifically agrees that for a period of one(1) year after the termination of this agreement The Sponsor will not engage, directly or indirectly, either as sponsor, promotor, stockholder, partner, officer, employee or otherwise, with any other car or team in any NASCAR racing series

V. MARKETING, LICENSING, PROMOTION, AND ADVERTISING RIGHTS.

5.01 Grant of Rights to The Sponsor.  The Sponsor shall have the right during the Term to reproduce, copy, publish, broadcast, or otherwise use the name, likeness, signature, image, voice and photograph of Driver in whatever media recorded as well as the names, pictures, and likeness of the actual Car featuring the Sponsor brand as the sponsor, and all property of BMS on which the Trademark appears, pursuant to the terms of this Agreement (collectively, the "Attributes"), throughout the world for purposes of advertising, marketing and promoting the Sponsor  and its preapproved products without claim for additional compensation or benefit by BMS.  All such uses and applications must be submitted in writing to BMS for BMS's written approval, which will not be unreasonably withheld, prior to their first use or application.  The Sponsor will not distort or make unrecognizable, block, remove, and move or change the colors or logo of other Sponsors on the race car, or other BMS property on which marks appear in connection with the operation of the Car's racing team.  Still photographs of the race cars and/or Driver shall be submitted for approval prior to first use, as well.  With regard to the use of the Attributes for television commercials, radio commercials, public service messaging and other media, BMS's right of approval shall include the right to review and approve any contemplated script or storyboard as well as approval of pre-production "cuts" and final product.

BMS will establish a communications plan for the Sponsors approval. For all press releases, social media post, and other public announcements the Sponsor agrees to adheare to the communications plan established. Prior to their first use or application each must be submitted in writing to BMS for BMS's written approval, which will not be unreasonably withheld. Both BMS and The Sponsor will use their best efforts to ensure that all press releases, social media post, and other public statements in connection with the transactions contemplated by this agreement will be consistent with the communications plan.

5.02 Grant of Rights to BMS, NASCAR, and Primary, Associate, Secondary, and Contingency Sponsors. BMS, its primary, associate and secondary Sponsors, their advertising agencies or other agencies working for or on BMS's or any of its Sponsors' behalf, their respective officers, directors, agents, successors and assigns and any publishers, or other media, NASCAR and its official contingency Sponsors (the "Sponsor Trademark Licensees"), shall have the limited right during the Term and after the

expiration hereof for historical purposes, to reproduce, copy, publish, broadcast, or otherwise use the names, pictures, and likeness of the race car and all property of BMS on which the Trademark appears pursuant to the terms of this Agreement, throughout the world for purposes of advertising, marketing and promoting BMS without claim for additional compensation or benefit by The Sponsor. The Sponsor recognizes that as a condition of participation in the race Events, BMS has granted NASCAR and its contingency Sponsors the right to use the Attributes in connection with the broadcast and rebroadcast of the race Events, in ancillary programming in multiple media formats, and in promotional materials all without the right of review by BMS or any Sponsor.  Otherwise, BMS shall approve all authorized third party uses of the Attributes containing the Trademark, consistent with the good name and reputation of the Sponsor and its brands and in the best interest of all parties included in the Attributes.

5.03 Licensing.  BMS shall act as the licensing agent to solicit, contract and oversee the commercial exploitation of the marks of all parties as they appear together on the Sponsored race car and all other BMS property as a consequence of this Agreement.  As to this use of the Sponsor Trademarks, the Sponsor hereby grants to BMS (i) an exclusive license throughout the world to license third parties to manufacture, market, promote and distribute Licensed Goods, and (ii) a non-exclusive license to BMS to manufacture, market, promote, sell and distribute Licensed Goods anywhere in the world.  "Licensed Goods" are merchandise, goods and/or services that display or utilize some combination of (i) the Trademark, and (ii) BMS trademarks pursuant to a license granted by BMS pursuant to the terms hereof.  For clarity, nothing herein shall give BMS the right to utilize, license or otherwise display the Trademark alone.  BMS shall submit to the Sponsor the names of all proposed new licensees (and corresponding proposed licensed goods) for the Sponsor's approval before BMS enters into any agreements with such proposed new licensees.  BMS shall first submit artwork and then a mock-up, prototype or pre-production sample of each licensed good which utilizes the Trademark as it appears relating to the race car for review and written approval by the Sponsor or its nominee.  BMS shall make any revisions and carry out any further development work on the licensed goods as requested by the Sponsor or its nominee; provided, however, the Sponsor will limit its requested revisions to ensuring that its marks are correctly portrayed and will not submit aesthetic and artistic revisions or otherwise subject the licensee or BMS to design criteria unrelated to the accurate portrayal of its marks.

All Licensed Goods subject to Sponsor's review shall conform in all material respects to the prototype, mock-up or pre-production sample approved by the Sponsor or its nominee.  BMS shall require each licensee to supply two randomly chosen production samples of the first production run for each Licensed Good from each manufacturer to the Sponsor or its nominee.

All monies paid by a licensee for Licensed Goods utilizing the Trademark shall belong to BMS. BMS shall be responsible for any payment due Drivers, any other individuals or third parties, or any other Sponsor contracted by BMS or NASCAR.

VI. INDEMNIFICATION

6.01 Both during and after this Sponsorship Agreement, the race team and BMS will indemnify, defend and hold the Sponsor and its affiliates, subsidiaries, officers, directors, employees, customers, distributors, independent contractors, suppliers, agents, successors and assigns, harmless from and against all actions, suits, proceedings, judgments, demands, claims, liabilities, losses or expenses whatsoever incurred in connection with or arising from the race car, the activities or omissions of Driver or team members or the activities or omissions of BMS and/or the race team.

6.02 Both during and after this Sponsorship Agreement, the Sponsor will indemnify, defend and hold the race team, its officers, directors, employees, team members, customers, distributors, suppliers, agents,

successors, and assigns, harmless from and against all actions, suits, proceedings, judgments, demands, claims, liabilities, losses, or expenses whatsoever (including reasonable attorney's fees) arising from the Sponsor's breach, misrepresentation or non-performance under this agreement.

VII. MISCELLANEOUS

7.01 This contract is not assignable by BMS without written consent of all interested parties.  This Agreement may be assigned by Sponsor to a successor entity with the approval of BMS.

7.02 Any notice required to be given under this agreement shall be sent via email and deemed given at the time it is received by either party, provided such notice is addressed as follows:

The Race Team:

Brandonbilt Motorsports, LLC
Attn: Jerry Brown
197 Tyler Von Way
Suite 111
Fredericksburg, VA 22405
jbrown@brandonbilt.com

The Sponsor:

LGB Coin Foundation
Attn: James Koutoulas Trustee
James@koutoulaslaw.com

7.03 This agreement shall be governed and construed within accordance with the laws of the State of Virginia.

7.04 This agreement constitutes the entire agreement between the parties and may not be modified, amended or changed except by a writing signed by all parties to this agreement.

7.05 This agreement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns, provided that neither party hereto shall have the right to assign this agreement or delegate any duty, service or responsibility hereunder without the prior written consent of the other party. Each party to this sponsorship agreement warrants and represents that the individual signing this agreement on behalf of a corporate party has the authority to bind his or her respective company in and to the terms of the agreement and each party further warrants and represents that it is authorized by its Board of Directors to enter into this sponsorship agreement.

7.06 This Agreement may be terminated by either party immediately in the event that (i) either party breaches this Agreement and such breach is not cured by within thirty (30) days of the date of delivery of a notice of default by either party; (ii) NASCAR or any other party whose approval is necessary for the Sponsor or BMS to receive the rights and benefits terminates this Agreement or fails to provide such approval, and/or (iii) the Sponsor is unable to use any or all of the rights and benefits granted hereunder for any reason, including without limitation due to a force majeure event.  In the event of a termination pursuant to this Section 7.06,the intital $5mm in tokens redeemed shall be the property of BMS. .

In witness whereof, the parties to this Agreement have affixed their signatures

[Signatures to follow]

The Race Team:

Brandonbilt Motorsports, LLC,

_Jerry Brown (Nov 22, 2021 16:04 CST)_     11/22/21

Jerry Brown, Manging Member     Date

The Sponsor:

James L. Koutoulas, Esq. trustee for LGB Coin

By               11/21/2021

By               Date

James L. Koutoulas, Esq.       Trustee
Print Name               Title

**Appendix 1 – Sponsor Prohibited Activity**

- Sponsor's official social media accounts  shall not display, exhibit or provide a link directly to, media, websites marketing collateral, social media posts, public media statements or other materials showing an alignment to a political party. This includes interactions with social media posts that include political alignment including 'liking,' retweeting, and/or commenting.
- Sponsor shall not display or exhibit media, marketing collateral, social media posts, public media statements or other materials using the "Let's Go Brandon" phrase trackside or anywhere at the track or adjacent property hosting any racing event (including but not limited to the infield, parking lots, camper-motorhome lots ingress and egress roads at any NASCAR events.

The Race Team:

Brandonbilt Motorsports, LLC,

_____
Jerry Brown, Manging Member        Date

The Sponsor:

James L. Koutoulas, Esq. trustee for LGB Coin

_____  11/21/2021
By                                          Date

James L. Koutoulas, Esq.              Trustee
Print Name                              Title



# LGB_Coin_BMS_Motorsports_Sponsorship_Agreement- JK Executed

Final Audit Report                                      2021-11-22

| | |
|---|---|
| Created: | 2021-11-21 |
| By: | James Koutoulas (JK@TYPHONCAP.COM) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAArhkGY44YOvpGsa_uVQyMj21yKT54fSP6 |

## "LGB_Coin_BMS_Motorsports_Sponsorship_Agreement- JK Executed" History

📄 Document created by James Koutoulas (JK@TYPHONCAP.COM)
  2021-11-21 - 9:40:26 PM GMT- IP address: 159.250.100.187

📧 Document emailed to Jerry Brown (jbrown@brandonbilt.com) for signature
  2021-11-21 - 9:40:47 PM GMT

📧 Email viewed by Jerry Brown (jbrown@brandonbilt.com)
  2021-11-21 - 10:06:40 PM GMT- IP address: 172.226.69.22

✍️ Document e-signed by Jerry Brown (jbrown@brandonbilt.com)
  Signature Date: 2021-11-22 - 9:08:12 PM GMT - Time Source: server- IP address: 96.10.99.180

✅ Agreement completed.
  2021-11-22 - 9:08:12 PM GMT

**Adobe Sign**

**EXHIBIT 002**

From: **Howell, Dale**
Date: Sun, Dec 26, 2021 at 8:48 AM
Subject: Re: Brandonbilt Motorsports Paint
Scheme Submission - Daytona
To: Mac MacLeod

Good morning Mac,

The sponsors are approved however please clean
up the markings around the number especially
the white stars touching the white number.

2022 we are really going to hone in on keeping
the numbers clean per the rule book nothing
within 2" should be touching the numbers we
understand some step and repeats, however in
this case white and white makes it blob.

My rule of thumb is step back from the computer
screen and see how it looks. In the shop or up
close it looks fine but think about the tower or
safety vehicles seeing it go 170mph

Dale Howell
NASCAR Racing Operations

**EXHIBIT 003**



**EXHIBIT 004**





EXHIBIT 005   EXHIBIT 005

HOME   NASCAR CUP SERIES   XFINITY SERIES   CAMPING WORLD TRUCK SERIES   OTHER SERIES   NASCAR PHOTOGRAPHY   WEEKEND SCHEDULE   COLUMNS

INFO/CONTACT

Categories: Xfinity Series PR   Share

# LGBcoin.io Announced as Full Season Primary Partner for BMS

By *Official Release*   December 30, 2021   0

*LGBcoin.io Primary Paint Scheme Unveiled for 2022 NASCAR Xfinity Series Season*

**MOORESVILLE, N.C. (December 30, 2021)** – Brandonbilt Motorsports (BMS) announced today that cryptocurrency meme coin LGBcoin.io (LGBcoin / $LGB) has signed on as the team's full season primary partner for the 2022 NASCAR Xfinity Series (NXS) season.

The partnership marks the latest crypto outfit to back a NASCAR driver and team, a growing trend not only in motorsports but across all professional sports leagues. In 2022, BMS driver Brandon Brown will sport an eye-catching red, white, and blue livery with the logo and wordmark of LGBcoin aboard his No. 68 Chevrolet Camaro for all 33 races of the NXS season.

BB.jpg
LGBcoin is a new, decentralized meme cryptocurrency similar to other meme coins and tokens such as Dogecoin and Shiba Inu, that has achieved a market capitalization of more than $300 million in less than six months. The patriotic coin dubbed "America's Coin" aims to inspire positivity and unity, grounded in a strong belief of the American dream.

"We are thrilled to partner with Brandonbilt Motorsports and Brandon Brown for the 2022 NASCAR Xfinity Series season," said James Koutoulas, LGBcoin HODLer and founder of Typhoon Capital Management. "Brandon is not only an incredibly talented driver, but also a thoughtful individual wise beyond his years. His commitment and singular focus on his profession is inspiring and his personal story is one that we can all be proud of—an American story of success and perseverance. Brandon is truly America's Driver."

"We are proud to support Brandon this season, to help him continue his American dream," said Koutoulas. "If we do our job right, when you think of us, and you hear, 'Let's Go Brandon,' you'll think and feel, 'Let's Go America.'"

After securing funding from a portfolio of crypto related entities during the 2021 NXS season, Brown becomes the first NASCAR driver to land multiple crypto deals and distinguishes himself as an early attractor for meme and crypto partnerships.

"Having the financial support of LGBcoin is incredible, especially at such a pivotal time in our team's growth as we work to build to the next level of competition," said Brown. "From wondering if we would have the financial means to continue to compete, to my first major win (at Talladega no less), to becoming an unintentional meme, this past season was a rollercoaster. The support of sponsors like LGBcoin empowers us to be as competitive as possible and I'm looking forward to competing hard on the track in 2022."

LGBcoin will make its racing debut aboard Brown's No. 68 Chevrolet Camaro during the NASCAR Xfinity Series season opener at Daytona International Speedway on Saturday, February 19, 2022.

**About LGBcoin.io**

LGBcoin ($LGB) is America's Coin: an ERC-20 digital collectible meme coin on the Ethereum Blockchain that allows owners to digitally voice their support for America and the American dream. To learn more, visit LGBcoin.io.

**About Brandonbilt Motorsports**

Brandonbilt Motorsports (BMS) is a race-winning organization that competes in the NASCAR Xfinity Series, and fields the No. 68 Chevrolet Camaro piloted by Brandon Brown. Headquartered in Mooresville, N.C., BMS is owned and operated by successful entrepreneurs, Jerry Brown, David Clarke and Alex Mascioli.

For team updates, follow BMS on social media: Twitter at @BMSRaceTeam, Facebook at Brandonbilt Motorsports and Instagram at @bmsraceteam. Visit www.bmsraceteam.com for more team related information.

*The views and opinion expressed in this article are those of the author and do not necessarily reflect the official policy or position of SpeedwayMedia.com.*

Share

**Official Release**

Previous article
**What you should know about aftermarket Peterbilt parts and accessories?**

Next article
**Brandonbilt Motorsports Statement on Sponsor Approval**

## More articles

**Blaine Perkins Daytona Preview**
*Official Release*
February 16, 2023

**Rich Mar Florists Partners with Alpha Prime & Ryan Ellis for Multiple Races in the 2023 Season**
*Official Release*
February 18, 2023

**JR Motorsports — NXS Daytona Preview**
*Official Release*
February 18, 2023

## LEAVE A REPLY

Comment:

Name:*   Email:*   Website:

Save my name, email, and website in this browser for the next time I comment.

POST COMMENT






## Latest articles

**Almirola wins second Bluegreen Vacations Duel in a wild finish; Daly rallies to make Daytona 500 field**
*Andrew Kim - February 16, 2023*

**Logano edges Bell for first Bluegreen Vacations Duel win; Zane Smith transfers to Daytona 500**
*Andrew Kim - February 16, 2023*

**Trackhouse Racing inks Chastain, Suarez to multiyear contract extensions**
*Andrew Kim - February 16, 2023*

**Flying Lizard Motorsports Announces GT3 Porsche Effort in GT America**
*Official Release - February 16, 2023*

**GattonellO R Brings a New Meaning to DownThereCare with the No. 47 JTG Daugherty Racing Pit Crew**
*Official Release - February 16, 2023*

# EXHIBIT 006



# EXHIBIT 007



# EXHIBIT 008



**EXHIBIT 009**



## INTERNATIONAL MEDIA COVERAGE [72 HOUR PERIOD]

### ARTICLES WITH HIGHEST REACH

CNN: 142 MILLION

DAILY MAIL: 72.8 MILLION

YAHOO! NEWS: 64.9 MILLION

BUSINESS INSIDER: 63.5 MILLION

### BRANDON BROWN WEB MENTIONS

WEB MENTIONS: 22,100

TWITTER IMPRESSIONS: 169 MILLION

### LETSGO WEB MENTIONS

WEB MENTIONS: 14,900

TWITTER IMPRESSIONS: 128 MILLION

**EXHIBIT 010**



# EXHIBIT 011



EXHIBIT 12

| Txhash | Blockno | UnixTimestamp | DateTime | From | To | Value_OUT(ETH) | Historical $Price/Eth | USD Value of TX | Method |
|---|---|---|---|---|---|---|---|---|---|
| 0xa6cd6c245887481901cee9e42bd1d4b87280c4dbd3162ac20ee7b7e8e904d722 | 13533939 | 1635806670 | 11/1/21 22:44 | 0x40ecf54ad6339e0b346a48f4907661bde67dd4d0 | 0x7a250d5630b4cf539739df2c5dacb4c659f2488d | 5.16 | 4322.79 | $ 44,611.19 | Add Liquidity ETH |
| 0x7ea9f0ebd3fc685ef76d241efc9cb704e0ad17b0f81ab6bbdad8cc247c38f7a7 | 13537913 | 1635861405 | 11/2/21 13:56 | 0x40ecf54ad6339e0b346a48f4907661bde67dd4d0 | 0x7a250d5630b4cf539739df2c5dacb4c659f2488d | 5 | 4593.15 | $ 45,931.50 | Add Liquidity ETH |
| 0x64a468653b0c94ff2d91935cd5bf00989d666a29c9c333ed76e8803435897301 | 13537967 | 1635862176 | 11/2/21 14:09 | 0x40ecf54ad6339e0b346a48f4907661bde67dd4d0 | 0x7a250d5630b4cf539739df2c5dacb4c659f2488d | 1 | 4593.15 | $ 9,186.30 | Add Liquidity ETH |
| 0x030e68869de7bc1a91834e77e275b72ba13437ae08a5af08e08367a557f319e1 | 13540841 | 1635901073 | 11/3/21 0:57 | 0x40ecf54ad6339e0b346a48f4907661bde67dd4d0 | 0x7a250d5630b4cf539739df2c5dacb4c659f2488d | 6 | 4604.4 | $ 55,252.80 | Add Liquidity ETH |
| 0x1ba1397275ba96889e0be55969900d94f74f5e2b0f0d05c0c3a505651b722722 | 13541454 | 1635909097 | 11/3/21 3:11 | 0x40ecf54ad6339e0b346a48f4907661bde67dd4d0 | 0x7a250d5630b4cf539739df2c5dacb4c659f2488d | 5 | 4604.4 | $ 46,044.00 | Add Liquidity ETH |
| 0x7dafcae8d2089b16a3dbf541360bfd71650613c22ead746edb5ce01f33e9fdbd | 13541704 | 1635912493 | 11/3/21 4:08 | 0x40ecf54ad6339e0b346a48f4907661bde67dd4d0 | 0x7a250d5630b4cf539739df2c5dacb4c659f2488d | 5 | 4604.4 | $ 46,044.00 | Add Liquidity ETH |
| 0x526db32a8f722d48c48a5a9fbb728967dbc727756fb3b06e75dfe61c9996d895 | 13541819 | 1635914127 | 11/3/21 4:35 | 0x40ecf54ad6339e0b346a48f4907661bde67dd4d0 | 0x7a250d5630b4cf539739df2c5dacb4c659f2488d | 6 | 4604.4 | $ 55,252.80 | Add Liquidity ETH |
| 0x8b78183f4b90a8ee3343d0c86e3c7026f1e10b71ea243237172a438edcb34b6f | 13543928 | 1635943312 | 11/3/21 12:41 | 0x40ecf54ad6339e0b346a48f4907661bde67dd4d0 | 0x7a250d5630b4cf539739df2c5dacb4c659f2488d | 7 | 4604.4 | $ 64,461.60 | Add Liquidity ETH |
| 0x2e1ded3177ffd9684b2b030c653b1d438af8de6ad52b4945fb8b23670d25e1af | 13544536 | 1635951805 | 11/3/21 15:03 | 0x40ecf54ad6339e0b346a48f4907661bde67dd4d0 | 0x7a250d5630b4cf539739df2c5dacb4c659f2488d | 15 | 4604.4 | $ 138,132.00 | Add Liquidity ETH |
| 0x98d85bd82266f2a98e1e182f06edd9e04a7f50ca196c8d93632af8217ede3378 | 13544675 | 1635953658 | 11/3/21 15:34 | 0x40ecf54ad6339e0b346a48f4907661bde67dd4d0 | 0x7a250d5630b4cf539739df2c5dacb4c659f2488d | 20 | 4604.4 | $ 184,176.00 | Add Liquidity ETH |
| 0x5474b7b15f459a6c49cefd8da66347c5ac906c3e7b95d8f6f884ddb29aff4c85 | 13544878 | 1635956241 | 11/3/21 16:17 | 0x40ecf54ad6339e0b346a48f4907661bde67dd4d0 | 0x7a250d5630b4cf539739df2c5dacb4c659f2488d | 20 | 4604.4 | $ 184,176.00 | Add Liquidity ETH |
| 0xd4ddf220896ce3a3636ee5541231d6fdbaebdf2a8a08a19105a655edd23e6f3e | 13544927 | 1635956888 | 11/3/21 16:28 | 0x40ecf54ad6339e0b346a48f4907661bde67dd4d0 | 0x7a250d5630b4cf539739df2c5dacb4c659f2488d | 2 | 4604.4 | $ 18,417.60 | Add Liquidity ETH |
| 0xd6ff238a758541d572e51e72cf121d242d9578c94aa7714c9fe1b5a2c96cb17a | 13547855 | 1635996566 | 11/4/21 3:29 | 0x40ecf54ad6339e0b346a48f4907661bde67dd4d0 | 0x7a250d5630b4cf539739df2c5dacb4c659f2488d | 10 | 4536.99 | $ 90,739.80 | Add Liquidity ETH |
| 0x14db68e4728ba29de0de2dbc3246aadd774ab6c7baf2e6e8c6639431292f6ab6 | 13547888 | 1635997094 | 11/4/21 3:38 | 0x40ecf54ad6339e0b346a48f4907661bde67dd4d0 | 0x7a250d5630b4cf539739df2c5dacb4c659f2488d | 5 | 4536.99 | $ 45,369.90 | Add Liquidity ETH |
| 0x4767012fd20ef838b4b966d246afe03b76d9dd2909b56b4ce126037b79bef7a3 | 13548127 | 1636000476 | 11/4/21 4:34 | 0x40ecf54ad6339e0b346a48f4907661bde67dd4d0 | 0x7a250d5630b4cf539739df2c5dacb4c659f2488d | 2 | 4536.99 | $ 18,147.96 | Add Liquidity ETH |
| 0xb3c05f76f64102b767e722b83824487b7ad72efe443be6bb26fd0fa69ba9eeaa | 13551280 | 1636043311 | 11/4/21 16:28 | 0x40ecf54ad6339e0b346a48f4907661bde67dd4d0 | 0x7a250d5630b4cf539739df2c5dacb4c659f2488d | 2.1 | 4536.99 | $ 19,055.36 | Add Liquidity ETH |
| 0x308113595937a2c4bf33524affcc2978c521006ca40d6b3acc8f7f407b4571c6 | 13552691 | 1636062389 | 11/4/21 21:46 | 0x40ecf54ad6339e0b346a48f4907661bde67dd4d0 | 0x7a250d5630b4cf539739df2c5dacb4c659f2488d | 40 | 4536.99 | $ 362,959.20 | Add Liquidity ETH |
| 0xf2600d6f9d6f4d22289c012c3933bc2ef3729ecee3cae34ee1b26875098e34a5 | 13553219 | 1636069798 | 11/4/21 23:49 | 0x40ecf54ad6339e0b346a48f4907661bde67dd4d0 | 0x7a250d5630b4cf539739df2c5dacb4c659f2488d | 5 | 4536.99 | $ 45,369.90 | Add Liquidity ETH |
| 0x91a302bac983133695f8010041ba4aed10fd746d3a1fbe6fe0fc5a49cac3e7fb | 13566367 | 1636247291 | 11/7/21 1:08 | 0x40ecf54ad6339e0b346a48f4907661bde67dd4d0 | 0x7a250d5630b4cf539739df2c5dacb4c659f2488d | 2 | 4617.13 | $ 18,468.52 | Add Liquidity ETH |
| 0xa1024f342b49c5e2ae78adc881450ea86801571f0c2c0b8f4368176ce99e8865 | 13572044 | 1636323459 | 11/7/21 22:17 | 0x40ecf54ad6339e0b346a48f4907661bde67dd4d0 | 0x7a250d5630b4cf539739df2c5dacb4c659f2488d | 11 | 4617.13 | $ 101,576.86 | Add Liquidity ETH |
| 0x09343289bf489606a0b87b4190ddd5e1c6e499da92d5e237464112e51ba469f5 | 13595154 | 1636637039 | 11/11/21 13:23 | 0x40ecf54ad6339e0b346a48f4907661bde67dd4d0 | 0x7a250d5630b4cf539739df2c5dacb4c659f2488d | 10 | 4722.68 | $ 94,453.60 | Add Liquidity ETH |
| 0x6abdde40237bcc1604084e163801d32a1c29f1f265fbc596bc7480c95c8e6bef | 13609529 | 1636831705 | 11/13/21 19:28 | 0x40ecf54ad6339e0b346a48f4907661bde67dd4d0 | 0x7a250d5630b4cf539739df2c5dacb4c659f2488d | 25 | 4645.64 | $ 232,282.00 | Add Liquidity ETH |
| 0x02580cb337104a16f745b9413bb4c677f237ac12273dcdb63eae440482d6b31d | 13612149 | 1636868245 | 11/14/21 5:37 | 0x40ecf54ad6339e0b346a48f4907661bde67dd4d0 | 0x7a250d5630b4cf539739df2c5dacb4c659f2488d | 10 | 4627.5 | $ 92,550.00 | Add Liquidity ETH |
| Totals | | | | | | 219.26 | | $ 2,012,658.89 | |

# EXHIBIT 013



# EXHIBIT 014

**LGB Coin Agreement**

This agreement is entered into as of this day, November 15th, 2021 by and between LGB Coin and Alex Mascioli.  In exchange for certain marketing services including primary sponsorship of the #68 Xfinity NASCAR and NASCAR driver Brandon Brown during the 2022 season.  LGB coin shall deliver 34% of the total LGB tokens.

Amount to be of LGB Coin to be delivered: 112,200,000,000,000. From this amount, Alex will sell $5 million USD by January 30th, 2022 (with 50% sold before December 31st, 2021) and allocate some tokens to the team including Brandon Brown. Alex Mascioli and his designated representatives, (the "Team") may convert these tokens to fiat in the open market or by OTC in daily increments on or before from the date of execution through November 30th, 2022.

Both Alex Mascioli, partners and affiliates and LGBCoin further acknowledges and agrees that it will convert no more than 5% of the USD equivalent volume in each trailing 24 hour period. This volume-based convenant shall survive any termination of this Agreement.

MISCELLANEOUS

This contract is not assignable by Alex Mascioli without written consent of all interested parties.

Any notice required to be given under this agreement shall be sent via email and deemed given at the time it is received by either party, provided such notice is addressed as follows:

| Alex Mascioli: | The Sponsor: |
| --- | --- |
| | LGB Coin Foundation |
| Attn: Alex Mascioli | Attn: James L. Koutoulas, Esq. |
| 1315 Avenida Ashford | Trustee |
| Suite 304 | james@koutoulaslaw.com |
| San Juan, Puerto Rico 00907 | |
| alex@alexmascioli.com | |

This agreement shall be governed and construed within accordance with the laws of the State of Virginia.

This agreement constitutes the entire agreement between the parties and may not be modified, amended or changed except by a writing signed by all parties to this agreement.

AM

This agreement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns, provided that neither party hereto shall have the right to assign this agreement or delegate any duty, service or responsibility hereunder without the prior written consent of the other party.

This Agreement may be terminated by either party immediately in the event that (i) either party breaches this Agreement and such breach is not cured by within thirty (30) days of the date of delivery of a notice of default by either party; (ii) NASCAR or any other party whose approval is necessary for the Sponsor or BMS to receive the rights and benefits terminates this Agreement or fails to provide such approval, and/or (iii) the Sponsor is unable to use any or all of the rights and benefits granted hereunder for any reason, including without limitation due to a force majeure event.  In the event of a termination pursuant to this Section 7.06 in the sponsor agreement, the initial $5mm in tokens redeemed shall be the property of BMS and Alex Mascioli shall retain 1/3 of the tokens allocated by this agreement.

In witness whereof, the parties to this Agreement have affixed their signatures

Alex Mascioli                                              James L. Koutoulas, Esq. trustee for LGB Coin

Signature: _____             Signature: _____
Date: ___11/21/2021___                          Date: __11/21/2021___

**EXHIBIT 15**

← Tweet

**Bob Pockrass** ✔
@bobpockrass

···

This is the wording in the Xfinity rule book on NASCAR approval of team sponsors:

**A**   NASCAR may refuse to permit a Competitor to participate in an Event if NASCAR determines that any advertising, sponsorship, or similar agreement to which the Competitor is or will be a party, is detrimental to the sport, to NASCAR, Series Sponsor, or to the Promoter for any reason, including without limitation, the public image of the sport.

**B**   Decals, advertising slogans, paint schemes, and other graphic designs and text on the vehicle that have not been previously approved by NASCAR must not be used unless and until they have been submitted by the crew chief to NASCAR Headquarters and approved by NASCAR prior to the Event. The review and approval of decals, advertising slogans, paint schemes, and other graphic designs and text on the vehicle that have not been previously approved by NASCAR is at the sole discretion of NASCAR and such approval may be withheld for any reason. All NASCAR Members agree to accept NASCAR's decision in this regard.

8:12 PM · Jan 4, 2022

**47** Retweets   **4** Quote Tweets   **280** Likes

○ ⇄ ♡ ↑

**(Rebal)** @Smoke3x · Jan 4, 2022
Replying to @bobpockrass
Dang so no let's go Brandon?

○ 1 ⇄ ♡ ᯤ ↑

**Trex** @Trex_TIF · Jan 4, 2022
Replying to @bobpockrass
Sure nascar sure.

💬          🔁          ♡ 2          ⊪          ⬆

**Patrick Piazza** @PPiazza86 · Jan 4, 2022
Replying to @bobpockrass
Since NBC created the problem for him, why don't they step
up and sponsor him?

💬 2          🔁 1          ♡ 12          ⊪          ⬆

**Jayson Layton** @jay_lay23 · Jan 4, 2022
Replying to @bobpockrass
A lot of angry grown men in here.

💬 1          🔁          ♡ 18          ⊪          ⬆

**Jerimy Pickering** @jerpickering · Jan 4, 2022
Replying to @bobpockrass
Okay then I don't wanna see any more political or statement
based sponsorship ever again on a NASCAR type car if that's
the case

💬 1          🔁 1          ♡ 7          ⊪          ⬆

**Muscan/ Alexandra Raptopo...** @__mus... · Jan 4, 2022
Replying to @bobpockrass
"It's only bad if we want it to be or we don't like it or it
doesn't fit our narrative."

💬 1          🔁          ♡ 2          ⊪          ⬆

**bill mares** @killbillracing · Jan 4, 2022
Replying to @bobpockrass
I'm glad that the email literally showing the approval has
been posted. It takes it from a he said/she said deal and puts
it out there for everyone to see. The optics of this look
terrible, and it's not @brandonbrown_68 that looks bad. Have
fun with this tomorrow @DGodfatherMoody

💬 1          🔁 1          ♡ 9          ⊪          ⬆



**Kevin Newcomb** @KevinNewcomb10 · Jan 4, 2022
Replying to @bobpockrass
Sure hope the fans take it to the next level and say it loud in the stands!!!

💬 4          🔁          ♡ 2          ᯤ          ⬆

**DavidfromMd** @DavidfromMd2 · Jan 4, 2022
Replying to @bobpockrass
There you go with the rule book crap again Bob ! Tell me what page so I can follow along with mine 😄

💬 2          🔁          ♡ 2          ᯤ          ⬆

**Robert Jacobs** @RobJacobs4409 · Jan 4, 2022
Replying to @bobpockrass
If I read that correctly it says withheld for any reason. Not revoked for any reason. @NASCAR screwed this one up big time and they should have accepted their error in decision and looked forward to next year. Not all publicity is good publicity and people will stop watching

💬          🔁          ♡ 4          ᯤ          ⬆

**Astrology Daily** ✅ @YourAstrologyD
Discover the secrets of your future with a FREE daily personalized horoscope! 🌟



**Peter** @Mistapetey · Jan 4, 2022
Replying to @bobpockrass
NASCAR, a sanctioning body can do whatever they want. If Brandon Brown wants to use the sponsorship, go in a series that will allow it. This is not the first time a team has been declined a sponsor by NASCAR. Both sides could of dealt with this better.

💬    ⟲    ♡ 6    📊    ⬆

**knowyourroleandshutyourmo...** @jca4... · Jan 4, 2022
Replying to @bobpockrass
Who really needs this explained?

💬 1    ⟲    ♡ 1    📊    ⬆

**BIG DADDY** @BigDaddy_Racing · Jan 4, 2022
Replying to @bobpockrass
How can I get that rule book Bobby?

💬    ⟲    ♡ 1    📊    ⬆

**Janice Phillips** @jphillips4320 · Jan 5, 2022
Replying to @bobpockrass
Are Cup rules different then? Is this political? I could have sworn that there were Trump paint schemes before.

💬 3    ⟲    ♡ 4    📊    ⬆

**Tired of double standar...** @merica_pat... · Jan 5, 2022
Replying to @bobpockrass
But they already have a written approval, so.. now they changed their mind because of push back..

💬 1    ⟲    ♡    📊    ⬆

**Seb** @RunningLopez · Jan 5, 2022
Replying to @bobpockrass
It's been said more times than can I remember by every generation of drivers that "At the end of the day, it's their sandbox, and we're just playing in it." Goes for rules, penalties, sponsorships, etc. in NASCAR. Always has been & always will be long as it's a private company.

💬    ⟲    ♡ 2    📊    ⬆

**Jim Pearson** @cloudburner · Jan 7, 2022
Replying to @bobpockrass
@NASCARonNBC
should step up and sponsor
@brandonbrown_68
for the 2022 season because however well-intentioned their handling of the chanting crowd, they created the sponsorship challenge this race winning driver is facing... how about a little help
@DaleJr

@DirtyMoMedia
?

💬 2    ⟲    ♡    📊    ⬆



**EXHIBIT 17**



# EXHIBIT 18

