CONFIDENTIALITY TREATMENT REQUESTED BY RUDDY GREGORY, PLLC

Case 1:23-mc-22345-JEM Document 1-14 Entered on FLSD Docket 08/23/2023 Page 1 of 1

Ruddy Gregory, PLLC
1225 15th Street NW,
Washington, D.C. 20005
(202)-797-0762



**Madison**

iMessage
Fri, Dec 3, 7:15 PM

Madison cawthorn 👍

Fri, Dec 3, 9:49 PM

Legend

Sat, Dec 4, 7:35 AM

Pleasure meeting you sir! What's the best way to do a max donation? Could you also send the pic of us?

Sun, Dec 5, 12:13 AM

Hey brother!

Btw confirmed 100k at 275M market cap so you have record

Wow! Thank you brother.

My pleasure

Mon, Dec 6, 5:19 PM

Actually I can't take the discounted Market Cap. Could you please quote me the full market cap at the time of agreement?

CONFIDENTIAL     HOR COE LGB006