UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CIVIL DIVISION

James L. Koutoulas                                                  Case No.: 1:23-mc-22345-JEM

      Plaintiff,
vs.

United States Securities and Exchange Commission

      Defendant.
_____/

## PLAINTIFF'S MOTION TO SEAL EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTION TO QUASH AN ADMINISTRATIVE SUBPOENA

COMES NOW, Plaintiff, James Koutoulas ("Plaintiff"), pursuant to Local Rule 5.3 and 5.4 of the United States District Court for the Southern District of Florida, by and through undersigned counsel, and hereby files this Motion to Seal Plaintiff's Motion to Quash an Administrative Subpoena issued by the United States Securities and Exchange Commission (the "Commission") under 17 C.F.R. § 203.8 regarding LGBcoin, non-security meme cryptocurrency, and in support thereof states as follows:

    1.    On January 26, 2023, the Commission issued the administrative subpoena directed to Plaintiff (the "Subpoena").

    2.    On June 23, 2023, Plaintiff filed a Motion to Quash an Administrative Subpoena issued by the Commission against Plaintiff ("Motion to Quash") with several corresponding Exhibits attached thereto. [ECF 1].

3.      In support of his Motion to Quash, Plaintiff filed several documents related to the requisite subject matter of the Commission's Subpoena – LGBcoin, a non-security meme cryptocurrency.

4.      Notwithstanding, certain documents filed within one exhibit in support of Plaintiff's Motion to Quash are subject to an agreement governing the production and exchange of confidential information, titled STIPULATION AND AGREEMENT GOVERNING THE PRODUCTION AND EXCHANGE OF CONFIDENTIAL INFORMATION ("Stipulation"), entered into by Plaintiff and certain non-parties in a separate Federal Court case styled *Eric De Ford, et al. v. James Koutoulas, et al.*; Case No.: 6:22-cv-652-PGB-DCI, which is pending in the United States District Court for the Middle District of Florida, Orlando Division.

5.      Certain documents subject to this Stipulation and designated confidential were inadvertently attached to an exhibit filed in support of the Motion to Quash and it was just brought to the undersigned's attention.

6.      Accordingly, the Plaintiff seeks to have the following Exhibits attached to and filed in support of Plaintiff's Motion to Quash maintained under seal:

  a. ECF 1-8 at pg's. 43, 44, 51, 53, 55, 57-77;

WHEREFORE, Plaintiff, James Koutoulas, respectfully requests that this Honorable Court enter an Order instructing the Clerk to seal Plaintiff's Motion to Quash at ECF 1-8 at pg's. 43, 44, 51, 53, 55, 57-77, together with any further relief this Court deems just and proper.

## CERTIFICATE OF CONFERRAL

This action was initiated approximately seven (7) days ago. A summons has not yet been issued or served, as such the undersigned is unable to confer with counsel for the Defendant, as

there is no counsel of record yet. However, due to the nature of the relief sought, time was of the essence in filing this motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 30, 2023, the foregoing document was electronically filed and served on all counsel of record and identified in the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

**DI PIETRO PARTNERS, PLLC**
901 East Las Olas Blvd, Suite 202
Fort Lauderdale, FL 33301
Primary Email Address:
service@ddpalaw.com
Secondary Email Address:
nicole@ddpalaw.com
Telephone: (954) 712-3070
Facsimile: (954) 337-3824

*/s/ Nicole Martell*
NICOLE MARTELL, ESQ.
Florida Bar No.: 100172
nicole@ddpalaw.com